# INDEX TO RESPONDENTS' EXHIBITS

| Exhibit | Document Description | Page Number |
|---|---|---|
| Respondents' Exhibit 1 | Criminal Information 2012-2820 | 0001 – 0008 |
| Respondents' Exhibit 2 | Docket Sheet 2012-2820 | 0009 – 0033 |
| Respondents' Exhibit 3 | Commonwealth's Proposed Voir Dire Questions | 0034 – 0037 |
| Respondents' Exhibit 4 | Commonwealth's Petition to Amend Criminal Information | 0038 – 0052 |
| Respondents' Exhibit 5 | Motion in Limine | 0053 – 0066 |
| Respondents' Exhibit 6 | Motion for Discovery | 0067 – 0074 |
| Respondents' Exhibit 7 | Notification of Commonwealth's Intention to Present Evidence of Other Crimes, Wrongs, or Acts Pursuant to Rule 404(B)(2) | 0075 – 0080 |
| Respondents' Exhibit 8 | Commonwealth's Proposed Points for Charge | 0081 – 0085 |
| Respondents' Exhibit 9 | Motion in Limine | 0086 – 0101 |
| Respondents' Exhibit 10 | Order Regarding Voir Dire | 0102 – 0103 |
| Respondents' Exhibit 11 | Order granting the Commonwealth's Motion to Amend Criminal Information | 0104 – 0105 |
| Respondents' Exhibit 12 | Order granting Commonwealth's Motion for Discovery | 0106 |
| Respondents' Exhibit 13 | Motion to Compel Additional Discovery/Motion to Provide Transcript for any Recordings Provided in Discovery/Motion to Specify Photographs and Recordings to be Utilized during Trial by the Commonwealth/Motion to Compel Disclosure of Commonwealth's Expert Witness(s), Testimony, and Opinion(s) | 0107 – 0113 |
| Respondents' Exhibit 14 | Response to Commonwealth's Motion in Limine Filed May 25, 2012 | 0114 – 0126 |
| Respondents' Exhibit 15 | Motion in Limine: Photographic Evidence | 0127 – 0132 |
| Respondents' Exhibit 16 | Petition for Nominal Bond Pursuant to Pa.R.Crim.P. 600(E) | 0133 – 0137 |

| | | |
|---|---|---|
| Respondents' Exhibit 17 | Order denying Petition for Nominal Bond | 0138 |
| Respondents' Exhibit 18 | Defendant's Response to Motion in Limine: 911 Call | 0139 – 0147 |
| Respondents' Exhibit 19 | Motion for Showing of Photo Arrays | 0148 – 0157 |
| Respondents' Exhibit 20 | Order permitting photo arrays | 0158 |
| Respondents' Exhibit 21 | Motion to Identify Photographs and Recordings (Phone Calls) to be Used at Trial and to Provide Any Transcripts/Motion to Compel Interview with Witness | 0159 – 0164 |
| Respondents' Exhibit 22 | Petition for Transportation Order for Witness Michael Thomas Jefferson | 0165 – 0169 |
| Respondents' Exhibit 23 | the Defendant's Response to Notification of Commonwealth's Intention to Present Evidence of Other Crimes, Wrongs, or Acts Pursuant to Rule 404(B)(2) | 0170 – 0176 |
| Respondents' Exhibit 24 | Defendant's Reply to the Commonwealth's Citation of Michigan v. Bryant in Support of its Motion in Limine Relating to 911 Call | 0177 – 0182 |
| Respondents' Exhibit 25 | Motion for Preservation of Testimony Pursuant to Pa.R.Crim.P., Rule 500, 42 Pa.CSA. Witness: Asa Thompkins | 0183 – 0188 |
| Respondents' Exhibit 26 | Order regarding Petitioner's Motion to Compel Additional Discovery/Motion to Provide Transcript for any Recordings Provided in Discovery/Motion to Specify Photographs and Recordings to be Utilized during Trial by the Commonwealth/Motion to Compel Disclosure of Commonwealth's Expert Witness(s), Testimony, and Opinion(s) | 0189 |
| Respondents' Exhibit 27 | Order regarding Petitioner's Motion in Limine: Photographic Evidence | 0190 |
| Respondents' Exhibit 28 | Order regarding Petitioner's Motion to Identify Photographs and Recordings (Phone Calls) to be Used at Trial and to Provide Any Transcripts/Motion to Compel Interview with Witness | 0191 |
| Respondents' Exhibit 29 | Order regarding Petitioner's Motion for Preservation of Testimony Pursuant to | 0192 |

| | | |
|---|---|---|
| | Pa.R.Crim.P., Rule 500, 42 Pa.CSA. Witness: Asa Thompkins | |
| Respondents' Exhibit 30 | Order regarding Petitioner's Petition for Transportation Order for Witness Michael Thomas Jefferson | 0193 |
| Respondents' Exhibit 31 | Order regarding Petitioner's Response to Commonwealth's Motion in Limine | 0194 |
| Respondents' Exhibit 32 | Order regarding Petitioner's Response to Motion in Limine: 911 Call | 0195 – 0196 |
| Respondents' Exhibit 33 | Order regarding Petitioner's Reply to the Commonwealth's Citation of Michigan v. Bryant in Support of its Motion in Limine Relating to 911 Call | 0197 |
| Respondents' Exhibit 34 | Order regarding Petitioner's Response to Notification of Commonwealth's Intention to Present Evidence of Other Crimes, Wrongs, or Acts Pursuant to Rule 404(B)(2) | 0198 |
| Respondents' Exhibit 35 | Order severing count 4, Persons Not to Possess a Firearm | 0199 |
| Respondents' Exhibit 36 | Omnibus Pretrial Motion: Motion to Suppress Identification | 0200 – 0205 |
| Respondents' Exhibit 37 | Motion in Limine: Protected Statements During Medical Treatment | 0206 – 0220 |
| Respondents' Exhibit 38 | Motion in Limine: Ruger Handgun | 0221 – 0232 |
| Respondents' Exhibit 39 | Motion for Witness Contact Information | 0233 – 0237 |
| Respondents' Exhibit 40 | Order denying Petitioner's Motion in Limine: Protected Statements During Medical Treatment | 0238 |
| Respondents' Exhibit 41 | Order denying Petitioner's Motion in Limine: Ruger Handgun | 0239 |
| Respondents' Exhibit 42 | Order regarding Petitioner's Motion for Witness Contact Information | 0240 |
| Respondents' Exhibit 43 | Memorandum of Law in Support of Defendant's Motion to Suppress Identification | 0241 – 0252 |
| Respondents' Exhibit 44 | Defendant's Supplemental Memorandum in Support of His Motion in Limine: Protected Statements During Medical Treatment | 0253 – 0262 |
| Respondents' Exhibit 45 | Order denying Petitioner's Supplemental Memorandum in Support of His Motion in Limine: | 0263 |

| | | |
|---|---|---|
| | Protected Statements During Medical Treatment | |
| Respondents' Exhibit 46 | Order denying Petitioner's Motion to Suppress Identification | 0264 |
| Respondents' Exhibit 47 | Proposed Jury Instructions | 0265 – 0276 |
| Respondents' Exhibit 48 | Post-Verdict Motion: Motion for Extraordinary Relief | 0277 – 0282 |
| Respondents' Exhibit 49 | Order directing that the names of the empaneled jurors in Petitioner's case shall not be made public | 0283 |
| Respondents' Exhibit 50 | Memorandum of Law in Response to Defendant's Motion for Extraordinary Relief | 0284 – 0291 |
| Respondents' Exhibit 51 | Post-Verdict Motion: Amended Motion for Extraordinary Relief | 0292 – 0310 |
| Respondents' Exhibit 52 | Order denying Petition for Extraordinary Relief | 0311 |
| Respondents' Exhibit 53 | Order of Sentence | 0312 – 0318 |
| Respondents' Exhibit 54 | Notice of Appeal | 0319 – 0343 |
| Respondents' Exhibit 55 | Order directing Petitioner to file a concise statement of errors complained of on appeal | 0344 |
| Respondents' Exhibit 56 | Defendant's Concise Statement of Matters Complained of on Appeal Pursuant to Pa.R.App.Pro 1925(b) | 0345 – 0352 |
| Respondents' Exhibit 57 | Trial Court Opinion | 0353 – 0400 |
| Respondents' Exhibit 58 | Petition for Remand Pursuant to Rule 720 Pa. Rules of Criminal Procedure and Motion for Stay During Pendency of Petition for Remand | 0401 – 0412 |
| Respondents' Exhibit 59 | Order denying Petition for Remand | 0413 |
| Respondents' Exhibit 60 | Motion for Reconsideration | 0414 – 0421 |
| Respondents' Exhibit 61 | Order denying Motion for Reconsideration | 0422 |
| Respondents' Exhibit 62 | Brief for Appellant | 0423 – 0556 |
| Respondents' Exhibit 63 | Brief for Appellee | 0557 – 0624 |

| | | |
|---|---|---|
| Respondents' Exhibit 64 | Appellant's Reply Brief | 0625 – 0644 |
| Respondents' Exhibit 65 | Order remanding for evidentiary hearing | 0645 |
| Respondents' Exhibit 66 | Memorandum of Law in Support of Request for New Trial Based on After Discovered Evidence | 0646 – 0658 |
| Respondents' Exhibit 67 | Commonwealth's Brief in Opposition to Defense Request for New Trial Based on Newly Discovered Evidence | 0659 – 0674 |
| Respondents' Exhibit 68 | Order finding a new trial is not warranted | 0675 – 0680 |
| Respondents' Exhibit 69 | Notice of Appeal | 0681 – 0711 |
| Respondents' Exhibit 70 | Order directing Petitioner to file a concise statement of errors complained of on appeal | 0712 |
| Respondents' Exhibit 71 | Defendant's Concise Statement of Matters Complained of on Appeal Pursuant to Pa.R.App.Pro 1925(b) | 0713 – 0717 |
| Respondents' Exhibit 72 | Order in lieu of 1925(a) Opinion | 0718 – 0726 |
| Respondents' Exhibit 73 | Application to be Excused from Filing Reproduced Record (and for Permission to Proceed on Reproduced Record Filed at Case Number 1997 WDA 2012) | 0727 – 0729 |
| Respondents' Exhibit 74 | Order granting Application to be Excused from Filing Reproduced Record (and for Permission to Proceed on Reproduced Record Filed at Case Number 1997 WDA 2012) | 0730 |
| Respondents' Exhibit 75 | Brief for Appellant | 0731 – 0876 |
| Respondents' Exhibit 76 | Brief for Appellee | 0877 – 0959 |
| Respondents' Exhibit 77 | Appellant's Reply Brief | 0960 – 0980 |
| Respondents' Exhibit 78 | Superior Court Opinion 127 WDA 2016 | 0981 – 1007 |
| Respondents' Exhibit 79 | Petition for Allowance of Appeal 287 WAL 2017 | 1008 – 1037 |
| Respondents' Exhibit 80 | No Answer Letter | 1038 |

| | | |
|---|---|---|
| Respondents' Exhibit 81 | Order denying Petition for Allowance of Appeal | 1039 |
| Respondents' Exhibit 82 | Order appointing counsel | 1040 – 1042 |
| Respondents' Exhibit 83 | Petition for Post-Conviction Relief Pursuant to 42 Pa.C.S.A. §9545(B)(1)(iii) and §9545(B)(2) | 1043 – 1047 |
| Respondents' Exhibit 84 | Motion for Extension of Time *Nunc Pro Tunc* | 1048 – 1052 |
| Respondents' Exhibit 85 | Motion for Private Investigator | 1053 – 1057 |
| Respondents' Exhibit 86 | Order granting leave to amend PCRA | 1058 |
| Respondents' Exhibit 87 | Order granting Motion for Extension of Time | 1059 |
| Respondents' Exhibit 88 | Order granting Motion for Private Investigator | 1060 – 1062 |
| Respondents' Exhibit 89 | Second Motion for Private Investigator | 1063 – 1067 |
| Respondents' Exhibit 90 | Order granting Second Motion for Private Investigator | 1068 – 1069 |
| Respondents' Exhibit 91 | Amended PCRA Petition | 1070 – 1084 |
| Respondents' Exhibit 92 | Commonwealth's Answer to Post Conviction Relief Act Petition | 1085 – 1107 |
| Respondents' Exhibit 93 | Order scheduling hearing | 1108 |
| Respondents' Exhibit 94 | Exhibit in Support | 1109 – 1155 |
| Respondents' Exhibit 95 | Commonwealth's Post Hearing Submission | 1156 – 1164 |
| Respondents' Exhibit 96 | Memorandum Order denying Petitioner's PCRA | 1165 -1181 |
| Respondents' Exhibit 97 | Notice of Appeal | 1182 – 1194 |
| Respondents' Exhibit 98 | Order directing Petitioner to file a concise statement of errors complained of on appeal | 1195 |
| Respondents' Exhibit 99 | Concise Statement of Matters Complained of on Appeal Pursuant to Pa.R.A.P. §1925(b) | 1196 – 1199 |
| Respondents' Exhibit 100 | Trial Court Opinion | 1200 – 1218 |
| Respondents' Exhibit 101 | Brief for Appellant | 1219 – 1310 |

| Exhibit | Description | Pages |
|---|---|---|
| Respondents' Exhibit 102 | Brief for Appellee | 1311 – 1354 |
| Respondents' Exhibit 103 | Reply Brief for Appellant | 1355 – 1377 |
| Respondents' Exhibit 104 | Superior Court Opinion 1899 WDA 2019 | 1378 – 1393 |
| Respondents' Exhibit 105 | Petition for Reargument | 1394 – 1410 |
| Respondents' Exhibit 106 | Order denying Petition for Reargument | 1411 |
| Respondents' Exhibit 107 | Petition for Allowance of Appeal 333 WAL 2020 | 1412 – 1490 |
| Respondents' Exhibit 108 | Order holding Petition for Allowance of Appeal pending *Commonwealth v. Bradley* | 1491 |
| Respondents' Exhibit 109 | Order granting Petition for Allowance of Appeal and remanding to the Superior Court in light of *Bradley* | 1492 |
| Respondents' Exhibit 110 | Superior Court Opinion | 1493 – 1517 |
| Respondents' Exhibit 111 | Petition for Reargument | 1518 – 1535 |
| Respondents' Exhibit 112 | Order denying Petition for Reargument | 1536 |
| Respondents' Exhibit 113 | Petition for Allowance of Appeal 110 WAL 2022 | 1537 – 1615 |
| Respondents' Exhibit 114 | No Answer Letter | 1616 |
| Respondents' Exhibit 115 | Order denying Petition for Allowance of Appeal | 1617 |