FILED

12 MAR 28 AM 9:20

DEPT. OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

# Commonwealth of Pennsylvania

vs

## Thaddeus Thomas Crumbley

| | |
|---|---|
| CC No.  CC201202820 | Offense Date  05/16/2011 |
| O.T.N. No.  G 547704-3 | Filed Date  12/07/2011 |
| B.C.I. No. | Pre-Trial Date  03/26/2012 |
| S.I.D. No.  23515679 | 180/365 Dates  06/04/2012 / 12/06/2012 |
| Race  Black | F / A Date  04/04/2012 |
| Sex  Male | Judge |
| SS # | Reporter |
| D.O.B. | Minute Clerk |
| | A.D.A. |

SEE ATTACHED SHEET CASE(S) TO BE LINKED

Count 1: 182501A: CRIMINAL HOMICIDE

Count 2: 183701A1I: ROBBERY- SERIOUS BODILY INJURY

Count 3: 183702A: ROBBERY OF MOTOR VEHICLE

Count 4: 186105A1: PERSONS NOT TO POSSESS, USE, ETC A FIREARM

Count 5: 186106A1: CARRYING FIREARM WITHOUT A LICENSE

Count 6: 18903A1: CRIMINAL CONSPIRACY

And now 6/7/12 the Commonwealth's motion to amend criminal information - count 6 to read conspiracy to commit robbery. Count 7 will be amended add criminal conspiracy to crime of [illegible] to read ss with intent to deliver a controlled substance. See order filed. motion GRANTED.

And now 6/7/12 the commonwealth's motion for discovery for defendant to disclose materials is to be delivered before end of business June 8, 2012. motion GRANTED See order filed

over

Respondents' Exhibit 1

0001

And now, 2/13/04,
defense motion for bond
has been denied.

By the Court
[signature], J

Respondents' Exhibit 1

0002

Amended Information

*CC201202820*

# Commonwealth of Pennsylvania

vs

## Thaddeus Thomas Crumbley

| | |
|---|---|
| CC No.   CC201202820 | Offense Date   05/16/2011 |
| O.T.N. No.   G 547704-3 | Filed Date   12/07/2011 |
| B.C.I. No. | Pre-Trial Date   03/26/2012 |
| S.I.D. No.   23515679 | 180/365 Dates   06/04/2012 / 12/06/2012 |
| Race   Black | F / A Date   04/04/2012 |
| Sex   Male | Judge |
| SS # | Reporter |
| D.O.B. | Minute Clerk |
| | A.D.A.   Steven M Stadtmiller |

SEE ATTACHED SHEET CASE(S) TO BE LINKED

Count 1: 182501A: CRIMINAL HOMICIDE

Count 2: 183701A1I: ROBBERY- SERIOUS BODILY INJURY

Count 3: 183702A: ROBBERY OF MOTOR VEHICLE

Count 4: 186105A1: PERSONS NOT TO POSSESS, USE, ETC A FIREARM NJ (F2)

Count 5: 186106A1: CARRYING FIREARM WITHOUT A LICENSE

Count 6: 18903A1: CRIMINAL CONSPIRACY

Count 7: 18903A1: CRIMINAL CONSPIRACY

And now 7/27/12 the motion to quash subpoena is DENIED. UPMC shall provide written policy in effect on June 2, 2011. See motion filed.

By the Court
_____, J

And now 7/27/12 the motion in limine: Photographic evidence is decided as follows:
Motion exhibits 1, 3, 10, 11 are admissible.
Motion exhibits 2, 4, 5, 6 are admissible.
Motion exhibit 7 is admissible in black and white format only.
A ruling is deferred on motion exhibit 8 until time of introduction. If admitted will be shown in black and white.
Motion exhibit 9 is admissible if cropped.
See motion filed.

By the Court
_____, J

And now 7/27/12 the motion to compel additional discovery, etc. has been filed. See motion.

And now 7/27/12 the motion to identify photographs and recordings to be used at trial / motion to compel interview with witness is as follows:
① Issues relating to identification of photographs and recordings has been ruled on in response to defendant's motion filed on 6/8/12.
② Commonwealth shall arrange a telephone conference to speak with defense counsel. See motion filed.

By the Court
_____, J

And now 7/27/12 the motion for preservation of testimony witness: Asa Thompkins is GRANTED. See motion filed.

By the Court
_____, J

And now 7/27/12 it is ordered the Commonwealth is permitted to introduce into evidence at trial the statement made to Anthony Snyder by victim. See motion filed.

By the Court
_____, J

And now 7/27/12 it is hereby permitted that Commonwealth can introduce 911 transcript. See motion filed.

By the Court
_____, J

And now 7/27/12 defendant's response to motion in limine: 911 call. See order of same date granting Commonwealth's motion.
And now 7/27/12 defendant's reply to Commonwealth's citation of Michigan v. Bryant in support of its motion in limine: 911 call. is as follows: please see order of court same date granting Commonwealth's motion.

By the Court
_____, J

See next page

CASE(S) LINKED TOGETHER:

## COMMONWEALTH V. THADDEUS THOMAS CRUMBLEY

MATTHEW LAMAR EBO
CC201202821   No Date         Judge:              D/A: Steven M Stadtmiller

And now 7/27/12 the Commonwealth's motion to present evidence of defendant Thaddeus Crumbley's actions on June 2, 2011 are granted.

By the Court
[signature], J

And now 7/27/12 the motion to sever count 4 from the jury trial has been granted. See motion filed.

By the Court
[signature], J

And now 8/22/12 the defense omnibus pretrial motion to suppress identification is DENIED See motion filed.

By the Court
[signature], J

DATE   8/22/12
JUDGE   Beth Lazzara
A.D.A.   Steve Stadtmiller
DEFT.   Wendy Williams
REPORTER   Janet Barto
MINUTE CLERK   Ashley Runhart

In regards to count 4
And now 8/22/12
Defendant present in open court with counsel pleads not guilty and waives trial by Jury. See waiver filed. on person not to possess.

over

Respondents' Exhibit 1                    0005

DATE August 22, 2012
JUDGE Beth Lazzara
A.D.A. Steve Stadtmiller
DEFT. Wendy Williams
REPORTER Janet Barto
MINUTE CLERK A. Reinhart

And now 8/22/12
In Open Court Defendant(s) with counsel pleads Not Guilty. Issue joined by District Attorney.
JURY SWORN: 10:02 AM

and now 9/4/12 the defendant is adjudged at count 1 GUILTY
count 2 GUILTY
count 3 GUILTY
count 5 GUILTY
count 6 GUILTY
count 7 [illegible]

Verdict received on 9/4/12 at 2:35 pm and recorded at 2:38 pm.

And now 11/28/12
SENTENCE PENALTY IMPOSED.
SEE ORDER FILED.
CR - M. Spagnolo

Defendant(s) present in open court when verdict(s) recorded. [signature] J
Trial Judge.

And now 9/4/12
In Open Court Defendant(s) with counsel pleads Not Guilty. Issue joined by District Attorney. count [illegible]
AND NOW, 9/4/12
Defendant present in open court, after bench trial, Defendant is hereby adjudged GUILTY as charged.
BY THE COURT
[signature] J

AND NOW, 9/4/12
SENTENCE DEFERRED PENDING PRE-SENTENCE REPORT.
Sentencing set for November 28, 2012

And now 10/5/12 the defense motion for extraordinary relief has been DENIED
By the Court [signature] J

And now 10/5/12 the motion for amended relief DENIED
By the Court [signature] J

And now 10/5/12 the motion to proceed in pauperis has been GRANTED.
By the Court [signature] J

And now 10/5/12 the motion in regards to Richard Carpenter and Saday Robinson has been DENIED
By the Court [signature] J

Respondents' Exhibit 1        0006

IN THE COURT OF COMMON PLEAS
COUNTY OF ALLEGHENY
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA

VS.

THADDEUS THOMAS CRUMBLEY

Criminal Action No. CC201202820

The District Attorney of ALLEGHENY County, by this information charges that on (or about) Monday, the 16th day of May, 2011 in the said County of ALLEGHENY, THADDEUS THOMAS CRUMBLEY hereinafter called actor, did commit the crime or crimes indicated herein, that is:

Count 1    CRIMINAL HOMICIDE    Murder

The actor intentionally, knowingly, recklessly or negligently caused the death of Todd Mattox another human being, in violation of Section 2501 (a) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. §2501(a), as amended.

Count 2    ROBBERY- SERIOUS BODILY INJURY    Felony 1

The actor in the course of committing a theft, either inflicted serious bodily injury upon Todd Mattox threatened that person or persons with, or put that person or persons in fear of immediate serious bodily injury, in violation of Section 3701(a)(1)(i) or (ii) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. §3701 (a)(1)(i) or (ii).

Count 3    ROBBERY OF MOTOR VEHICLE    Felony 1

The actor stole or took a motor vehicle, namely, a Nissan Sentra, from another person in the presence of that person or any other person in lawful possession of the motor vehicle, namely Todd Mattox, in violation of Section 3702 of the Pennsylvania Crimes Code, Act 28 of June 8, 1993, 18 Pa. C.S. §3702, as amended.

Count 4    PERSONS NOT TO POSSESS A FIREARM    Felony 2

The actor possessed, used, controlled, sold, transferred, manufactured or obtained a license to possess, use, control, sell, transfer or manufacture a firearm, said actor having been previously convicted of Possession with Intent to Deliver a Controlled Substance within or without this Commonwealth, in violation of Section 6105 (a) (1) and (b) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. §6105 (a) (1) and (b), as amended.

Page 1 of 2

Count 5            CARRYING FIREARM WITHOUT A LICENSE            Felony 3

The actor carried, without a license therefore as provided by Chapter 61, Subchapter A of the Pennsylvania Crimes Code, 18 Pa. C.S. §6101 et. seq., a firearm concealed on or about his person, or in a vehicle, in violation of Section 6106 of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. §6106, as amended.

Count 6            CRIMINAL CONSPIRACY            Felony 1

The actor, with the intent of promoting or facilitating the crime(s) of Robbery, conspired and agreed with Matthew Ebo that they or one or more of them would engage in conduct constituting such crime(s) or an attempt or solicitation to commit such crime(s), and in furtherance thereof committed one or more of the following overt acts: brandished a firearm and/or pointed a firearm at Todd Mattox and/or robbed and/or shot Todd Mattox and/or took the victim's property, in violation of Section 903 (a) (1) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. §903 (a)(1), as amended.

Count 7            CRIMINAL CONSPIRACY            Murder

The actor, with the intent of promoting or facilitating the crime(s) of Murder, conspired and agreed with Matthew Ebo that they or one or more of them would engage in conduct constituting such crime(s) or an attempt or solicitation to commit such crime(s), and in furtherance thereof committed one or more of the following overt acts: brandished a firearm and/or pointed a firearm at Todd Mattox and/or shot Todd Mattox, in violation of Section 903 (a) (1) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. §903 (a)(1), as amended.

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

_____
Attorney for the Commonwealth