# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 1 of 25

## CASE INFORMATION

Cross Court Docket Nos: 1997 WDA 2012, 127 WDA 2016, 287 WAL 2017, 333 WAL 2020, 1899 WDA 2019, 110 WAL 2022

| | | |
|---|---|---|
| Judge Assigned: Lazzara, Beth A. | Date Filed: 03/02/2012 | Initiation Date: 12/07/2011 |
| OTN: G 547704-3    LOTN: | Originating Docket No: MJ-05003-CR-0011419-2011 | |
| Initial Issuing Authority: Donna Jo McDaniel | Final Issuing Authority: Donna Jo McDaniel | |
| Arresting Agency: Allegheny County Police Department | Arresting Officer: Garlicki, Michael H. | |
| Complaint/Citation No.: 4155-11 | Incident Number: | |
| County: Allegheny | Township: Municipality of Penn Hills | |
| Case Local Number Type(s) | Case Local Number(s) | |

## RELATED CASES

| Related Docket No | Related Case Caption | Related Court | Association Reason |
|---|---|---|---|
| **Related** | | | |
| CP-02-MD-0003490-2012 | Comm. v. Clark, Craig | CP-05-02-Crim | Warrant issued for failure to appear |
| CP-02-MD-0003491-2012 | Comm. v. Brown, Julian | CP-05-02-Crim | Warrant issued for failure to appear |
| CP-02-MD-0003757-2012 | Restricted Case Caption | CP-05-02-Crim | Warrant issued for failure to appear |

## STATUS INFORMATION

CPCMS 9082

Printed: 10/03/2023

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

0009

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 2 of 25

| Case Status: | Closed | Status Date | Processing Status | Complaint Date: | 12/07/2011 |
|---|---|---|---|---|---|
| | | 10/03/2022 | Completed | | |
| | | 01/20/2016 | Awaiting Appellate Court Decision | | |
| | | 08/13/2015 | Appeal Decided | | |
| | | 12/19/2012 | Awaiting Appellate Court Decision | | |
| | | 11/28/2012 | Sentenced/Penalty Imposed | | |
| | | 09/14/2012 | Awaiting Post Sentence Motion Hearing | | |
| | | 09/04/2012 | Awaiting PSI | | |
| | | 09/04/2012 | Awaiting Sentencing | | |
| | | 08/22/2012 | Awaiting Formal Arraignment | | |
| | | 08/22/2012 | Awaiting Non-Jury Trial | | |
| | | 08/07/2012 | Awaiting Jury Trial | | |
| | | 06/08/2012 | Awaiting Pretrial Motion Hearing | | |
| | | 06/08/2012 | Awaiting Jury Trial | | |
| | | 06/07/2012 | Awaiting Formal Arraignment | | |
| | | 05/30/2012 | Awaiting Pretrial Motion Hearing | | |
| | | 04/27/2012 | Awaiting Jury Trial | | |
| | | 04/04/2012 | Awaiting Pre-Trial Conference | | |
| | | 03/02/2012 | Awaiting Formal Arraignment | | |
| | | 03/02/2012 | Awaiting Filing of Information | | |

Printed: 10/03/2023

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

0010

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**

## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 3 of 25

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 04/04/2012 | 9:00 am | 519 Courthouse | | Scheduled |
| Pre-Trial Conference | 04/27/2012 | 8:30 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Pretrial Motion Hearing | 06/07/2012 | 9:00 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Pretrial Motion Hearing | 06/08/2012 | 9:00 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Jury Trial | 06/11/2012 | 8:30 am | Courtroom 510 | Judge Beth A. Lazzara | Continued |
| Motions Court | 06/13/2012 | 11:00 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Status Hearing | 07/25/2012 | 1:30 pm | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Pretrial Motion Hearing | 07/27/2012 | 9:00 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Jury Trial | 08/06/2012 | 8:30 am | Courtroom 510 | Judge Beth A. Lazzara | Rescheduled |
| Jury Trial | 08/20/2012 | 9:00 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Post Trial Motion | 10/05/2012 | 9:00 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Sentencing | 11/28/2012 | 8:30 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| Motions Court | 10/02/2015 | 8:30 am | Courtroom 510 | Judge Beth A. Lazzara | Continued |
| Motions Court | 10/29/2015 | 8:30 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |
| PCRA Hearing | 02/20/2019 | 8:30 am | Courtroom 510 | Judge Beth A. Lazzara | Moved |
| PCRA Hearing | 02/28/2019 | 8:30 am | Courtroom 510 | Judge Beth A. Lazzara | Moved |
| PCRA Hearing | 05/10/2019 | 8:30 am | Courtroom 510 | Judge Beth A. Lazzara | Scheduled |

### CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|
| 04/02/2021 | State Correctional Institution | SCI Pine Grove | | Yes |

### DEFENDANT INFORMATION

| Date Of Birth: | | City/State/Zip: Turtle Creek, PA  15145 |
|---|---|---|
| | ███████ | |

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Crumbley, Thaddeus Thomas |

CPCMS 9082

Printed: 10/03/2023

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

0011

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 4 of 25

## BAIL INFORMATION

Crumbley, Thaddeus Thomas

**Nebbia Status:  None**

| Bail Action | Date | Bail Type | Originating Court | Percentage | Amount |
|---|---|---|---|---|---|
| Denied | 12/15/2011 | | Common Pleas | | $0.00 |
| Deny (bail modification) | 06/13/2012 | Monetary | Common Pleas | | $0.00 |

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | H1 | **18 § 2501 §§ A** | Criminal Homicide | 05/16/2011 | G 547704-3 |
| 2 | 4 | F1 | **18 § 3701 §§ A1I** | Robbery-Inflict Serious Bodily Injury | 05/16/2011 | G 547704-3 |
| 3 | 5 | F1 | **18 § 3702 §§ A** | Robbery Of Motor Vehicle | 05/16/2011 | G 547704-3 |
| 4 | 3 | F2 | **18 § 6105 §§ A1** | Possession Of Firearm Prohibited | 05/16/2011 | G 547704-3 |
| 5 | 2 | F3 | **18 § 6106 §§ A1** | Firearms Not To Be Carried W/O License | 05/16/2011 | G 547704-3 |
| 6 | 6 | F1 | **18 § 903** | Conspiracy - Robbery-Inflict Serious Bodily Injury | 05/16/2011 | G 547704-3 |
| 7 | 7 | H1 | **18 § 903** | Conspiracy - Criminal Homicide | 05/16/2011 | G 547704-3 |

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | | |
|---|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section | |
| Sentencing Judge | Sentence Date | Credit For Time Served | | |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date | | |
| Sentence Conditions | | | | |

**Waived for Court (Lower Court)**          Defendant Was Present

| Lower Court Disposition | 03/02/2012 | Not Final | |
|---|---|---|---|
| 1 / Criminal Homicide | Waived for Court (Lower Court) | H1 | 18 § 2501 §§ A |
| 2 / Robbery-Inflict Serious Bodily Injury | Waived for Court (Lower Court) | F1 | 18 § 3701 §§ A1I |
| 3 / Robbery Of Motor Vehicle | Waived for Court (Lower Court) | F1 | 18 § 3702 §§ A |
| 4 / Possession Of Firearm Prohibited | Waived for Court (Lower Court) | F2 | 18 § 6105 §§ A1 |
| 5 / Firearms Not To Be Carried W/O License | Waived for Court (Lower Court) | F3 | 18 § 6106 §§ A1 |
| 6 / Conspiracy - Robbery-Inflict Serious Bodily Injury | Waived for Court (Lower Court) | F1 | 18 § 903 |
| 7 / Conspiracy - Criminal Homicide | Waived for Court (Lower Court) | H1 | 18 § 903 |

**Proceed to Court**

| Information Filed | 03/28/2012 | Not Final | |
|---|---|---|---|
| 1 / Criminal Homicide | Proceed to Court | H1 | 18 § 2501 §§ A |
| 2 / Robbery-Inflict Serious Bodily Injury | Proceed to Court | F1 | 18 § 3701 §§ A1I |
| 3 / Robbery Of Motor Vehicle | Proceed to Court | F1 | 18 § 3702 §§ A |
| 4 / Possession Of Firearm Prohibited | Proceed to Court | F2 | 18 § 6105 §§ A1 |

CPCMS 9082

Printed:  10/03/2023

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit

0012

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 5 of 25

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | | Disposition Date | Final Disposition | | |
|---|---|---|---|---|---|
| Sequence/Description | | Offense Disposition | Grade | Section | |
| Sentencing Judge | | Sentence Date | | Credit For Time Served | |
| Sentence/Diversion Program Type | | Incarceration/Diversionary Period | | Start Date | |
| Sentence Conditions | | | | | |
| 5 / Firearms Not To Be Carried W/O License | | Proceed to Court | F3 | 18 § 6106 §§ A1 | |
| 6 / Conspiracy - Robbery-Inflict Serious Bodily Injury | | Proceed to Court | F1 | 18 § 903 | |
| 7 / Conspiracy - Criminal Homicide | | Withdrawn | H1 | 18 § 903 | |
| **Proceed to Court** | | | | | |
| Non-Jury Trial | | 08/22/2012 | Not Final | | |
| 1 / Criminal Homicide | | Proceed to Court | H1 | 18 § 2501 §§ A | |
| 2 / Robbery-Inflict Serious Bodily Injury | | Proceed to Court | F1 | 18 § 3701 §§ A1I | |
| 3 / Robbery Of Motor Vehicle | | Proceed to Court | F1 | 18 § 3702 §§ A | |
| 4 / Possession Of Firearm Prohibited | | Guilty | F2 | 18 § 6105 §§ A1 | |
| 5 / Firearms Not To Be Carried W/O License | | Proceed to Court | F3 | 18 § 6106 §§ A1 | |
| 6 / Conspiracy - Robbery-Inflict Serious Bodily Injury | | Proceed to Court | F1 | 18 § 903 | |
| 7 / Conspiracy - Criminal Homicide | | Withdrawn | H1 | 18 § 903 | |
| **Guilty** | | | | | |
| Jury Trial | | 09/04/2012 | Final Disposition | | |
| 1 / Criminal Homicide | | Guilty | H1 | 18 § 2501 §§ A | |
| Lazzara, Beth A. | | 11/28/2012 | | | |
| Confinement | | Life | | | |
| 2 / Robbery-Inflict Serious Bodily Injury | | Guilty | F1 | 18 § 3701 §§ A1I | |
| Lazzara, Beth A. | | 11/28/2012 | | | |
| No Further Penalty | | | | | |
| 3 / Robbery Of Motor Vehicle | | Guilty | F1 | 18 § 3702 §§ A | |
| Lazzara, Beth A. | | 11/28/2012 | | | |
| Confinement | | Min of 10.00 Years | | | |
| | | Max of 20.00 Years | | | |
| | | 10 years to 20 years | | | |
| 4 / Possession Of Firearm Prohibited | | Guilty | F2 | 18 § 6105 §§ A1 | |
| Lazzara, Beth A. | | 11/28/2012 | | | |
| Confinement | | Min of 5.00 Years | | | |
| | | Max of 10.00 Years | | | |
| | | 5 to 10 years | | | |
| 5 / Firearms Not To Be Carried W/O License | | Guilty | F3 | 18 § 6106 §§ A1 | |
| Lazzara, Beth A. | | 11/28/2012 | | | |

CPCMS 9082

Printed: 10/03/2023

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents Exhibit 2

0013

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 6 of 25

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | |
|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | | Start Date |
| Sentence Conditions | | | |
| Confinement | Min of 3.00 Years 6.00 Months | | |
| | Max of 7.00 Years | | |
| | 3 1/2 to 7 years | | |
| 6 / Conspiracy - Robbery-Inflict Serious Bodily Injury | Guilty | F1 | 18 § 903 |
| Lazzara, Beth A. | 11/28/2012 | | |
| Confinement | Min of 10.00 Years | | |
| | Max of 20.00 Years | | |
| | 10 years to 20 years | | |
| 7 / Conspiracy - Criminal Homicide | Guilty | H1 | 18 § 903 |
| Lazzara, Beth A. | 11/28/2012 | | |
| Confinement | Min of 20.00 Years | | |
| | Max of 40.00 Years | | |
| | Other | | |

**LINKED SENTENCES:**

**Link 1**
CP-02-CR-0002820-2012 - Seq. No. 3 (18§ 3702 §§ A) - Confinement is Consecutive to
CP-02-CR-0002820-2012 - Seq. No. 1 (18§ 2501 §§ A) - Confinement

**Link 2**
CP-02-CR-0002820-2012 - Seq. No. 4 (18§ 6105 §§ A1) - Confinement is Consecutive to
CP-02-CR-0002820-2012 - Seq. No. 3 (18§ 3702 §§ A) - Confinement

**Link 3**
CP-02-CR-0002820-2012 - Seq. No. 5 (18§ 6106 §§ A1) - Confinement is Consecutive to
CP-02-CR-0002820-2012 - Seq. No. 4 (18§ 6105 §§ A1) - Confinement

**Link 4**
CP-02-CR-0002820-2012 - Seq. No. 6 (18§ 3701 §§ A1I) - Confinement is Consecutive to
CP-02-CR-0002820-2012 - Seq. No. 5 (18§ 6106 §§ A1) - Confinement

**Link 5**
CP-02-CR-0002820-2012 - Seq. No. 7 (18§ 2501 §§ A) - Confinement is Consecutive to
CP-02-CR-0002820-2012 - Seq. No. 6 (18§ 3701 §§ A1I) - Confinement

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondent's Exhibit 2                                                                          0014

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 7 of 25

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
|---|---|
| **Name:**   Allegheny County District Attorney's Office, Criminal Division   Prosecutor | **Name:**   James Andrew Salemme   Private |
| **Supreme Court No:** | **Supreme Court No:**   208257 |
| **Phone Number(s):**   412-350-4403   (Phone) | **Rep. Status:**   Active |
| **Address:**   436 Grant Street   Allegheny County Court House   Pittsburgh, PA  15219 | **Phone Number(s):**   412-566-1212   (Phone) |
| | **Address:**   Tucker Arensberg   1 Ppg Pl Ste 1500   Pittsburgh, PA  15222 |
| **Name:**   Mark Vinson Tranquilli   Assistant District Attorney | Representing: Crumbley, Thaddeus Thomas |
| **Supreme Court No:**   066896 | |
| **Address:**   Allegheny CO Da's Office   401 Crthse 436 Grant St   Pittsburgh, PA  15219-2489 | |

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 12/15/2011 | | Barner, Robert L. |
| Order Denying Motion to Set Bail - Crumbley, Thaddeus Thomas | | | |
| 1/1 | 03/02/2012 | | Court of Common Pleas - Allegheny County |
| Original Papers Received from Lower Court | | | |
| 2/1 | 03/27/2012 | | Allegheny County District Attorney's Office |
| Notice of Partial Withdrawal of Charges | | | |
| 3/1 | 03/28/2012 | | Allegheny County District Attorney's Office |
| Commonwealth Motion - Rule 582 - Joinder Rule | | | |
| 4/2 | 03/28/2012 | | Unknown Filer |
| Information Filed | | | |
| 5/1 | 04/12/2012 | | Williams, Wendy L. |
| Entry of Appearance | | | |

CPCMS 9082

Printed: 10/03/2023

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2                                                                          0015

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 8 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 6/1 | 05/16/2012 | 05/15/2012 | Lazzara, Beth A. |
| Order Granting Motion for Discovery | | | |
| 7/1 | 05/23/2012 | | Allegheny County District Attorney's Office |
| Voir Dire Questions Filed | | | |
| 8/1 | 05/24/2012 | | Allegheny County District Attorney's Office |
| Motion to Amend Information | | | |
| 9/1 | 05/25/2012 | | Allegheny County District Attorney's Office |
| Motion in Limine | | | |
| 10/1 | 05/29/2012 | | Allegheny County District Attorney's Office |
| Motion for Discovery | | | |
| 11/1 | 05/30/2012 | | Allegheny County District Attorney's Office |
| Notice of Intention to Present Evidence of other Crimes | | | |
| 12/1 | 06/01/2012 | | Allegheny County District Attorney's Office |
| Proposed Points for Charge | | | |
| 13/1 | 06/05/2012 | | Allegheny County District Attorney's Office |
| Motion in Limine | | | |
| 14/2 | 06/07/2012 | 06/07/2012 | Lazzara, Beth A. |
| Order-Defendant May Listen to (Discovery) CD | | | |
| 15/3 | 06/07/2012 | 06/07/2012 | Lazzara, Beth A. |
| Order Regarding Voir Dire | | | |
| 16/4 | 06/07/2012 | 06/07/2012 | Lazzara, Beth A. |
| Order Amending Criminal Information | | | |

CPCMS 9082

Printed: 10/03/2023

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondent's Exhibit 2                                    0016

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 9 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 17/5 | 06/07/2012 | 06/07/2012 | Lazzara, Beth A. |
| Order-Defendant Required to Disclose Requested Materials | | | |
| 18/5 | 06/08/2012 | | Williams, Wendy L. |
| Motion to Compel Discovery-provide transcripts,specify photos & recordings-compel disclosure | | | |
| 19/6 | 06/08/2012 | | Williams, Wendy L. |
| Response to Motion in Limine | | | |
| 20/7 | 06/08/2012 | | Williams, Wendy L. |
| Motion in Liimine-Photographic Evidence | | | |
| 21/1 | 06/13/2012 | | Williams, Wendy L. |
| Petition for Nominal Bail | | | |
| 2 | 06/13/2012 | | Lazzara, Beth A. |
| Order Denying Motion for Modification of Bail - Crumbley, Thaddeus Thomas | | | |
| 22/3 | 06/13/2012 | 06/13/2012 | Lazzara, Beth A. |
| Order Denying Motion to Set Nominal Bail | | | |
| 23/1 | 07/03/2012 | | Williams, Wendy L. |
| Defendant's response to Motion in Limine: 911 Call | | | |
| 24/1 | 07/18/2012 | | Allegheny County District Attorney's Office |
| Motion for Showing of Photo Arrays | | | |
| 25/2 | 07/18/2012 | 07/17/2012 | Lazzara, Beth A. |
| Order Scheduling Hearing | | | |
| 26/3 | 07/18/2012 | 07/18/2012 | Lazzara, Beth A. |
| Order Granting Motion for Photo Array | | | |
| 27/1 | 07/25/2012 | | Williams, Wendy L. |
| Motion to Identify Photographs and Recordings-Mt to Compel Interview with Witness | | | |
| 28/2 | 07/25/2012 | | Williams, Wendy L. |
| Petition for Transportation Order for Witness | | | |

CPCMS 9082

Printed: 10/03/2023

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

0017

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 10 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 29/3 | 07/25/2012 | | Williams, Wendy L. |
| Response to Notice of Intent to present evidence of other crimes | | | |
| 30/1 | 07/26/2012 | | Williams, Wendy L. |
| Defendant's Reply to the Commonwealth's Citation of Michigan vs. Bryant | | | |
| 31/2 | 07/26/2012 | | Williams, Wendy L. |
| Motion for Preservation of Testimony | | | |
| 32/1 | 07/27/2012 | 07/27/2012 | Lazzara, Beth A. |
| Order Denying Motion to Quash Subpoena | | | |
| 33/2 | 07/27/2012 | 07/27/2012 | Lazzara, Beth A. |
| Order Regarding Motion in Limine/Photographic Evidence | | | |
| 34/3 | 07/27/2012 | 07/27/2012 | Lazzara, Beth A. |
| Order Regarding Motion to Compel Additional Discovery | | | |
| 35/4 | 07/27/2012 | 07/27/2012 | Lazzara, Beth A. |
| Order Regarding Motion to Identify Photographs and Recordings | | | |
| 36/5 | 07/27/2012 | 07/27/2012 | Lazzara, Beth A. |
| Order Granting Motion for Preservation of Testimony | | | |
| 37/6 | 07/27/2012 | 07/27/2012 | Lazzara, Beth A. |
| Transportation Order | | | |
| 38/7 | 07/27/2012 | 07/27/2012 | Lazzara, Beth A. |
| Order-Commonwealth Permitted to Introduce Evidence regarding Statement Made to Anthony Snyder | | | |
| 39/8 | 07/27/2012 | 07/27/2012 | Lazzara, Beth A. |
| Order-Commonwealth Permitted to Introduce into Evidence re the 911 Transcript | | | |
| 40/9 | 07/27/2012 | 07/27/2012 | Lazzara, Beth A. |
| Order- See Order of this same date regarding 911 call | | | |
| 41/10 | 07/27/2012 | 07/27/2011 | Lazzara, Beth A. |
| Order- See Order of this same date permitting use of 911 call | | | |

Printed: 10/03/2023

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

0018

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 11 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 42/11 | 07/27/2012 | 07/27/2012 | Lazzara, Beth A. |
| Order Granting Motion to Present Evidence of other Crimes | | | |
| 43/12 | 07/27/2012 | 07/27/2012 | Lazzara, Beth A. |
| Pre-Trial Order of Court-Count 4 Shall be Severed From Jury Trial | | | |
| 44/1 | 08/03/2012 | | Williams, Wendy L. |
| Omnibus Pre-Trial Motion | | | |
| 45/1 | 08/13/2012 | | Williams, Wendy L. |
| Motion in Limine Protected Statements during Medical Treatment | | | |
| 46/1 | 08/14/2012 | | Williams, Wendy L. |
| Motion in Limine - Ruger Handgun | | | |
| 47/2 | 08/14/2012 | | Williams, Wendy L. |
| Proposed Transportation Order for Witness | | | |
| 48/1 | 08/17/2012 | | Williams, Wendy L. |
| Motion for Witness Contact Information | | | |
| 49/1 | 08/21/2012 | 08/21/2012 | Lazzara, Beth A. |
| Order Denying Motion in Limine-Protected Statements | | | |
| 50/2 | 08/21/2012 | 08/21/2012 | Lazzara, Beth A. |
| Order-Commonwealth Shall Have Det Garlicky Available Prior to trial | | | |
| 51/3 | 08/21/2012 | 08/21/2012 | Lazzara, Beth A. |
| Order Denying Motion in Limine/Ruger Handgun | | | |
| 52/4 | 08/21/2012 | | Williams, Wendy L. |
| Memorandum of Law in Support of Motion to Suppress Identification | | | |
| 2 | 08/22/2012 | | Unknown Filer |
| Information Filed | | | |
| 53/3 | 08/22/2012 | 08/22/2012 | Lazzara, Beth A. |
| Order Denying Omnibus Pre-Trial Motion/Motion to Suppress | | | |

CPCMS 9082

Printed: 10/03/2023

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

0019

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 12 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 54/1 | 08/27/2012 | | Williams, Wendy L. |
| Supplemental Memorandum in Support of Motion in Limine | | | |
| 55/1 | 08/29/2012 | 08/29/2012 | Lazzara, Beth A. |
| Order-Attorney Scott Wescott to Represent Thomas Brown | | | |
| 56/2 | 08/29/2012 | 08/29/2012 | Lazzara, Beth A. |
| Order-Office of Conflict Counsel to represent Craig Coleman | | | |
| 57/1 | 08/30/2012 | | Williams, Wendy L. |
| Proposed Jury Instructions | | | |
| 58/1 | 09/04/2012 | | Lazzara, Beth A. |
| Guilty | | | |
| 2 | 09/04/2012 | | Lazzara, Beth A. |
| Disposition Filed | | | |
| 59/1 | 09/14/2012 | | Williams, Wendy L. |
| Post-Verdict Motion-Motion for Extraordinary Relief | | | |
| 60/1 | 09/20/2012 | 09/19/2012 | Lazzara, Beth A. |
| Order-The Names of the Empaneled Jurors Shall NOT be MAde Public | | | |
| 61/1 | 09/25/2012 | | Lazzara, Beth A. |
| Order Scheduling Hearing | | | |
| 62/1 | 10/04/2012 | | Allegheny County District Attorney's Office |
| Memorandum of Law in response to Motion for Extraordinary Relief | | | |
| 63/2 | 10/04/2012 | | Williams, Wendy L. |
| Post-Verdict Motion-Amended Motion for Extraordinary Relief and Brief in Support | | | |
| 64/3 | 10/04/2012 | | Williams, Wendy L. |
| Motion to Proceed In Forma Pauperis | | | |
| 65/1 | 10/05/2012 | 10/05/2012 | Lazzara, Beth A. |
| Order Denying Petition for Extraordinary Relief | | | |

CPCMS 9082

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondent's Exhibit 2

0020

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 13 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 66/2 | 10/05/2012 | 10/05/2012 | Lazzara, Beth A. |
| Order to Proceed In Forma Pauperis Regarding Transcripts | | | |
| 67/1 | 10/10/2012 | | Allegheny County District Attorney's Office |
| Notice of Mandatory Sentence | | | |
| 68/1 | 11/28/2012 | | Lazzara, Beth A. |
| Order - Sentence/Penalty Imposed | | | |
| 69/1 | 11/29/2012 | 11/29/2012 | Lazzara, Beth A. |
| Appointment of Public Defender | | | |
| 70/1 | 12/19/2012 | | Frick, Sally A. |
| Notice of Appeal to the Superior Court | | | |
| 71/2 | 12/19/2012 | 12/19/2012 | Lazzara, Beth A. |
| Concise Statement Order | | | |
| Allegheny County District Attorney's Office | | | |
| 12/21/2012 | Interoffice | | |
| Frick, Sally A. | | | |
| 12/21/2012 | Mailed | | |
| 72/1 | 12/28/2012 | | Superior Court of Pennsylvania |
| Docketing Statement from Superior Court | | | |
| 73/1 | 01/09/2013 | | Frick, Sally A. |
| Motion for Extension of Time to file Concise Statement | | | |
| 74/1 | 01/10/2013 | 01/10/2013 | Lazzara, Beth A. |
| Order Granting Motion for Extension of Time | | | |
| 75/1 | 03/27/2013 | | Frick, Sally A. |
| Motion for Extension of Time | | | |
| 76/1 | 04/05/2013 | 04/04/2013 | Lazzara, Beth A. |
| Order Granting Motion for Extension of Time | | | |

CPCMS 9082

Printed: 10/03/2023

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondent's Exhibit 2

0021

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 14 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 77/1 | 04/30/2013 | | Frick, Sally A. |
| Motion for Extension of Time | | | |
| 78/1 | 05/22/2013 | 05/22/2013 | Lazzara, Beth A. |
| Order Granting Motion for Extension of Time | | | |
| 79/1 | 06/12/2013 | | Frick, Sally A. |
| Concise Statement of Errors Complained on Appeal | | | |
| 80/1 | 06/25/2014 | | Lazzara, Beth A. |
| Opinion | | | |
| 81/1 | 06/27/2014 | 01/03/2013 | Court of Common Pleas - Allegheny County |
| Transcript of Proceedings Filed-Motion for Extraordinary Relief- October 5, 2012 (T13-4) | | | |
| 82/2 | 06/27/2014 | 02/05/2013 | Court of Common Pleas - Allegheny County |
| Transcript of Proceedings Filed-Motion - June 7, 2012 (t13-250) | | | |
| 83/3 | 06/27/2014 | 02/14/2013 | Court of Common Pleas - Allegheny County |
| Transcript of Proceedings Filed-Jury Trial - Vol. I - August 20-Sept 4, 2012 (T13-288) | | | |
| 84/4 | 06/27/2014 | 02/13/2013 | Court of Common Pleas - Allegheny County |
| Transcript of Proceedings Filed-Jury Trial -Vol II -August 20-Sept. 2, 2012 (t13-477) | | | |
| 85/5 | 06/27/2014 | 03/21/2013 | Court of Common Pleas - Allegheny County |
| Transcript of Proceedings Filed- Bail Hearing - June 13, 2012 (t13-594) | | | |
| 86/6 | 06/27/2014 | 04/18/2013 | Court of Common Pleas - Allegheny County |
| Transcript of Proceedings Filed-Pretrial Motions - July 27, 2012 (T13-821) | | | |
| 87/7 | 06/27/2014 | | Court of Common Pleas - Allegheny County |
| Transcript of Proceedings Filed-Motion - June 7, 2012 (T13-1206) | | | |

CPCMS 9082

Printed: 10/03/2023

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondent's Exhibit

0022

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 15 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 88/8 | 06/27/2014 | | Court of Common Pleas - Allegheny County |
| Transcript of Proceedings Filed-Motion - June 8, 2012 (t13-1334) | | | |
| 89/1 | 06/30/2014 | 08/08/2012 | Court of Common Pleas - Allegheny County |
| Transcript of Proceedings Filed-Pretrial Motions - June 8, 2012 (T12-1255) | | | |
| 2 | 06/30/2014 | | Department of Court Records, Criminal Division |
| Appeal Docket Sheet Prepared | | | |

Commonwealth of Pennsylvania

| 06/30/2014 | Interoffice |
|---|---|

Frick, Sally A.

| 06/30/2014 | Mailed |
|---|---|

Superior Court of Pennsylvania

| 06/30/2014 | Hand Delivered |
|---|---|

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 3 | 06/30/2014 | | Department of Court Records, Criminal Division |
| Certificate and Transmittal of Record to Appellate Court | | | |
| 90/1 | 08/13/2015 | 08/11/2015 | Superior Court of Pennsylvania |
| Remanded for Hearing within ninety days | | | |
| 90/2 | 08/13/2015 | | Superior Court of Pennsylvania |
| Certificate of Remittal/Remand of Record | | | |
| 91/1 | 08/26/2015 | | Lazzara, Beth A. |
| Transportation Order | | | |
| 92/1 | 09/29/2015 | | Lazzara, Beth A. |
| Transportation Order | | | |
| 93/1 | 11/13/2015 | | Frick, Sally A. |
| Memorandum of Law in Support of Request for New Trial Based on After Discovered Evidence | | | |
| 94/1 | 11/17/2015 | | Allegheny County District Attorney's Office |
| Motion for Extension of Time to file an answer | | | |

CPCMS 9082

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents Exhibit 2

0023

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 16 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 95/1 | 11/18/2015 | 11/18/2015 | Lazzara, Beth A. |
| Order Granting Motion for Extension of Time | | | |
| 96/1 | 11/25/2015 | | Allegheny County District Attorney's Office |
| Commonwealth's Brief in Opposition to Defense Request for New Trial Based on New Evidence | | | |
| 97/1 | 12/22/2015 | 12/22/2015 | Lazzara, Beth A. |
| Order - The Court Hereby Finds that a New Trial is Not Warranted | | | |
| 98/1 | 01/20/2016 | | Frick, Sally A. |
| Notice of Appeal to the Superior Court | | | |
| 99/2 | 01/20/2016 | 01/20/2016 | Lazzara, Beth A. |
| Order Directing a Concise Statement of Matters be Filed | | | |
| 100/1 | 01/28/2016 | | Superior Court of Pennsylvania |
| Docketing Statement from Superior Court | | | |
| 101/1 | 02/10/2016 | | Frick, Sally A. |
| Concise Statement of the Matters Complained on Appeal | | | |
| 102/1 | 03/30/2016 | | Lazzara, Beth A. |
| Order directing Clerk of Courts to transmit the record to Superior Court forthwith | | | |
| 103/1 | 04/04/2016 | | Court of Common Pleas - Allegheny County |
| Transcript of Proceedings Filed - Motion for New Trial - October 29, 2015 (T15-2082) | | | |
| 2 | 04/04/2016 | | Department of Court Records, Criminal Division |

Appeal Docket Sheet Prepared
Allegheny County District Attorney's Office
04/04/2016          Interoffice
Frick, Sally A.
04/04/2016          Mailed
Superior Court of Pennsylvania
04/04/2016          Hand Delivered

CPCMS 9082

Printed: 10/03/2023

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents Exhibit 2          0024

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 17 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 3 | 04/04/2016 | | Department of Court Records, Criminal Division |
| Certificate and Transmittal of Record to Appellate Court | | | |
| 1 | 07/24/2017 | 07/20/2017 | Superior Court of Pennsylvania |
| Petition for Allowance of Appeal Filed - Supreme Court | | | |
| 1 | 01/04/2018 | 06/21/2017 | Superior Court of Pennsylvania |
| Affirmed-Superior Court | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 01/21/2020 | eService | | Served |
| Nightingale, Patrick Kenneth | | | |
| 01/21/2020 | eService | | Served |
| 1 | 01/10/2018 | 12/13/2017 | Supreme Court of Pennsylvania |
| Petition for Allowance of Appeal Denied - Supreme Court | | | |
| 1 | 02/14/2018 | 02/14/2018 | Lazzara, Beth A. |
| PCRA Order/Order Appointing Counsel/IFP Granted (Letter from Defendant attached) | | | |
| 1 | 06/13/2018 | | Nightingale, Patrick Kenneth |
| Motion for Appointment of Private Investigator | | | |
| 2 | 06/13/2018 | | Nightingale, Patrick Kenneth |
| Motion for Extension of Time | | | |
| 3 | 06/13/2018 | | Nightingale, Patrick Kenneth |
| Petition for Post Conviction Collateral Relief | | | |
| 1 | 06/18/2018 | 06/15/2018 | Lazzara, Beth A. |
| Order Granting Leave to Amend Motion for Post-Conviction Collateral Relief | | | |
| 2 | 06/18/2018 | 06/15/2018 | Lazzara, Beth A. |
| Order Granting Motion for Extension of Time | | | |
| 3 | 06/18/2018 | 06/15/2018 | Lazzara, Beth A. |
| Order Granting Motion for Appointment of Private Investigator | | | |

CPCMS 9082

Printed: 10/03/2023

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents' Exhibit 2

0025

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 18 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 06/28/2018 | | Crumbley, Thaddeus Thomas |
| Motion for New Trial Based on After Discovered Evidence | | | |
| 1 | 06/29/2018 | | Crumbley, Thaddeus Thomas |
| Motion for New Trial | | | |
| 1 | 08/02/2018 | | Nightingale, Patrick Kenneth |
| Second Motion for Private Investigator | | | |
| 1 | 08/03/2018 | | Lazzara, Beth A. |
| Order Granting Second Motion for Private Investigator | | | |
| 1 | 08/14/2018 | | Nightingale, Patrick Kenneth |
| Amended Post-Conviction Relief Act Petition Filed | | | |
| 1 | 08/22/2018 | 08/21/2018 | Lazzara, Beth A. |
| Order Directing Commonwealth to File a Response | | | |
| 1 | 09/14/2018 | | Allegheny County District Attorney's Office |
| Request for Extension of Time to file Answer to PCRA | | | |
| 1 | 09/19/2018 | 09/18/2018 | Lazzara, Beth A. |
| Order Granting Motion for Extension of Time | | | |
| 1 | 10/05/2018 | | Crumbley, Thaddeus Thomas |
| Supplemental Petition for Post Conviction | | | |
| 1 | 11/19/2018 | | Allegheny County District Attorney's Office |
| Commonwealth's Answer to Post Conviction Relief Act Petition | | | |
| 1 | 12/19/2018 | 12/17/2018 | Lazzara, Beth A. |
| Order Scheduling PCRA Hearing | | | |
| 2 | 12/19/2018 | | Lazzara, Beth A. |
| Order Scheduling PCRA Hearing 02-20-19 | | | |
| 1 | 02/07/2019 | 02/06/2019 | Lazzara, Beth A. |
| Transportation Order | | | |

CPCMS 9082

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondent's Exhibit 2

0026

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 19 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 05/02/2019 | 05/01/2019 | Lazzara, Beth A. |
| Transportation Order | | | |
| 1 | 06/06/2019 | | Nightingale, Patrick Kenneth |
| Exhibit in Support | | | |
| 1 | 07/05/2019 | | Allegheny County District Attorney's Office |
| Commonwealth's Post-Hearing Submission | | | |
| 1 | 12/13/2019 | | Lazzara, Beth A. |
| Memorandum Order | | | |

Allegheny County District Attorney's
Office, Criminal Division
    12/13/2019    eService    Served
Frick, Sally A.
    12/13/2019    eService    Served
Nightingale, Patrick Kenneth
    12/13/2019    eService    Served
Williams, Wendy Lynne
    12/13/2019    eService    Served

| 1 | 12/27/2019 | | Nightingale, Patrick Kenneth |
|---|---|---|---|
| Notice of Appeal to the Superior Court | | | |

Allegheny County District Attorney's
Office, Criminal Division
    12/27/2019    eService    Served
Frick, Sally A.
    12/27/2019    eService    Served
Williams, Wendy Lynne
    12/27/2019    eService    Served

| 1 | 01/02/2020 | 01/02/2020 | Lazzara, Beth A. |
|---|---|---|---|
| Order Directing a Concise Statement of Matters be Filed | | | |

Allegheny County District Attorney's
Office, Criminal Division
    01/02/2020    eService    Served
Frick, Sally A.
    01/02/2020    eService    Served
Nightingale, Patrick Kenneth

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondent's Exhibit 2

0027

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 20 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 01/02/2020 | eService | | Served |
| Williams, Wendy Lynne | | | |
| 01/02/2020 | eService | | Served |

| | | | |
|---|---|---|---|
| 1 | 01/03/2020 | | Nightingale, Patrick Kenneth |
| Concise Statement of the Matters Complained on Appeal | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 01/03/2020 | eService | | Served |
| Frick, Sally A. | | | |
| 01/03/2020 | eService | | Served |
| Williams, Wendy Lynne | | | |
| 01/03/2020 | eService | | Served |

| | | | |
|---|---|---|---|
| 1 | 01/06/2020 | 12/31/2019 | Superior Court of Pennsylvania |
| Docketing Statement from Superior Court | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 01/06/2020 | eService | | Served |
| Frick, Sally A. | | | |
| 01/06/2020 | eService | | Served |
| Nightingale, Patrick Kenneth | | | |
| 01/06/2020 | eService | | Served |
| Williams, Wendy Lynne | | | |
| 01/06/2020 | eService | | Served |

| | | | |
|---|---|---|---|
| 1 | 01/09/2020 | 01/08/2020 | Lazzara, Beth A. |
| Order-Clerk of Courts shall transmit the record to Superior Court forthwith | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 01/09/2020 | eService | | Served |
| Frick, Sally A. | | | |
| 01/09/2020 | eService | | Served |
| Nightingale, Patrick Kenneth | | | |
| 01/09/2020 | eService | | Served |
| Williams, Wendy Lynne | | | |
| 01/09/2020 | eService | | Served |

CPCMS 9082

Printed: 10/03/2023

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents Exhibit 2

0028

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 21 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

| 1 | 01/21/2020 | | Department of Court Records, Criminal Division |
|---|---|---|---|

Appeal Docket Sheet Prepared

Allegheny County District Attorney's Office, Criminal Division
| 01/21/2020 | eService | | Served |

Commonwealth of Pennsylvania
| 01/21/2020 | Interoffice | | |

Nightingale, Patrick Kenneth
| 01/21/2020 | Mailed | | |

Nightingale, Patrick Kenneth
| 01/21/2020 | eService | | Served |

Superior Court of Pennsylvania
| 01/22/2020 | E-Mail | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 1 | 01/22/2020 | | Department of Court Records, Criminal Division |
|---|---|---|---|

Certificate and Transmittal of Record to Appellate Court

Allegheny County District Attorney's Office, Criminal Division
| 01/21/2020 | eService | | Served |

Nightingale, Patrick Kenneth
| 01/21/2020 | eService | | Served |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 1 | 01/27/2020 | | Salemme, James Andrew |
|---|---|---|---|

Entry of Appearance

Allegheny County District Attorney's Office, Criminal Division
| 01/27/2020 | eService | | Served |

Nightingale, Patrick Kenneth
| 01/27/2020 | eService | | Served |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 1 | 11/13/2020 | | Supreme Court of Pennsylvania |
|---|---|---|---|

Petition for Allowance of Appeal Filed - Supreme Court

Allegheny County District Attorney's Office, Criminal Division
| 11/13/2020 | eService | | Served |

Nightingale, Patrick Kenneth

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents Exhibit 2

0029

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 22 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 11/13/2020 | eService | | Served |
| Salemme, James Andrew | | | |
| 11/13/2020 | eService | | Served |

---

| 1 | 09/13/2021 | | Crumbley, Thaddeus Thomas |
|---|---|---|---|
| Sent Copy of Payments on Case | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 09/13/2021 | eService | | Served |
| Nightingale, Patrick Kenneth | | | |
| 09/13/2021 | eService | | Served |
| Salemme, James Andrew | | | |
| 09/13/2021 | eService | | Served |

---

| 1 | 11/24/2021 | | Supreme Court of Pennsylvania |
|---|---|---|---|
| VACATED/REMANDED | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 11/24/2021 | eService | | Served |
| Nightingale, Patrick Kenneth | | | |
| 11/24/2021 | eService | | Served |
| Salemme, James Andrew | | | |
| 11/24/2021 | eService | | Served |

---

| 1 | 04/27/2022 | | Supreme Court of Pennsylvania |
|---|---|---|---|
| Petition for Allowance of Appeal Filed - Supreme Court | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 04/27/2022 | eService | | Served |
| Nightingale, Patrick Kenneth | | | |
| 04/27/2022 | eService | | Served |
| Salemme, James Andrew | | | |
| 04/27/2022 | eService | | Served |

---

| 1 | 09/28/2022 | | Supreme Court of Pennsylvania |
|---|---|---|---|
| Petition for Allowance of Appeal Denied - Supreme Court | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |

CPCMS 9082

Printed: 10/03/2023

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents Exhibit 2

0030

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 23 of 25

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 09/28/2022 | eService | | Served |
| Nightingale, Patrick Kenneth | | | |
| 09/28/2022 | eService | | Served |
| Salemme, James Andrew | | | |
| 09/28/2022 | eService | | Served |
| | | | |
| 1 | 10/03/2022 | | Supreme Court of Pennsylvania |
| Certificate of Remittal/Remand of Record | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 10/03/2022 | eService | | Served |
| Nightingale, Patrick Kenneth | | | |
| 10/03/2022 | eService | | Served |
| Salemme, James Andrew | | | |
| 10/03/2022 | eService | | Served |
| | | | |
| 2 | 10/03/2022 | 08/20/2020 | Superior Court of Pennsylvania |
| Affirmed - Superior Court | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 10/03/2022 | eService | | Served |
| Nightingale, Patrick Kenneth | | | |
| 10/03/2022 | eService | | Served |
| Salemme, James Andrew | | | |
| 10/03/2022 | eService | | Served |
| | | | |
| 3 | 10/03/2022 | 01/26/2022 | Superior Court of Pennsylvania |
| Affirmed - Superior Court | | | |
| Allegheny County District Attorney's Office, Criminal Division | | | |
| 10/03/2022 | eService | | Served |
| Nightingale, Patrick Kenneth | | | |
| 10/03/2022 | eService | | Served |
| Salemme, James Andrew | | | |
| 10/03/2022 | eService | | Served |

CPCMS 9082

Printed: 10/03/2023

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents Exhibit 2

0031

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 24 of 25

## CASE FINANCIAL INFORMATION

Last Payment Date: 01/20/2016          Total of Last Payment: -$80.00

Crumbley, Thaddeus Thomas
Defendant

| | Assessment | Payments | Adjustments | Non Monetary Payments | Balance |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Voucher Fee (Allegheny) | $7.10 | $0.00 | $0.00 | $0.00 | $7.10 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $6.12 | $0.00 | $0.00 | $0.00 | $6.12 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $6.12 | $0.00 | $0.00 | $0.00 | $6.12 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $6.12 | $0.00 | $0.00 | $0.00 | $6.12 |
| Voucher Fee (Allegheny) | $5.70 | $0.00 | $0.00 | $0.00 | $5.70 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $6.12 | $0.00 | $0.00 | $0.00 | $6.12 |
| Voucher Fee (Allegheny) | $6.12 | $0.00 | $0.00 | $0.00 | $6.12 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $5.70 | $0.00 | $0.00 | $0.00 | $5.70 |
| Voucher Fee (Allegheny) | $6.12 | $0.00 | $0.00 | $0.00 | $6.12 |
| Voucher Fee (Allegheny) | $5.70 | $0.00 | $0.00 | $0.00 | $5.70 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $6.12 | $0.00 | $0.00 | $0.00 | $6.12 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $7.10 | $0.00 | $0.00 | $0.00 | $7.10 |
| Voucher Fee (Allegheny) | $7.10 | $0.00 | $0.00 | $0.00 | $7.10 |
| Voucher Fee (Allegheny) | $10.18 | $0.00 | $0.00 | $0.00 | $10.18 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $6.12 | $0.00 | $0.00 | $0.00 | $6.12 |
| Voucher Fee (Allegheny) | $6.12 | $0.00 | $0.00 | $0.00 | $6.12 |
| Voucher Fee (Allegheny) | $5.70 | $0.00 | $0.00 | $0.00 | $5.70 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Respondents Exhibit          0032

# COURT OF COMMON PLEAS OF ALLEGHENY COUNTY

## DOCKET



**Docket Number: CP-02-CR-0002820-2012**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Thaddeus Thomas Crumbley

Page 25 of 25

## CASE FINANCIAL INFORMATION

| Crumbley, Thaddeus Thomas Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Balance |
|---|---|---|---|---|---|
| Voucher Fee (Allegheny) | $5.70 | $0.00 | $0.00 | $0.00 | $5.70 |
| Voucher Fee (Allegheny) | $5.70 | $0.00 | $0.00 | $0.00 | $5.70 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $6.12 | $0.00 | $0.00 | $0.00 | $6.12 |
| Voucher Fee (Allegheny) | $6.12 | $0.00 | $0.00 | $0.00 | $6.12 |
| Voucher Fee (Allegheny) | $6.12 | $0.00 | $0.00 | $0.00 | $6.12 |
| Voucher Fee (Allegheny) | $7.10 | $0.00 | $0.00 | $0.00 | $7.10 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Voucher Fee (Allegheny) | $10.18 | $0.00 | $0.00 | $0.00 | $10.18 |
| Voucher Fee (Allegheny) | $7.10 | $0.00 | $0.00 | $0.00 | $7.10 |
| Voucher Fee (Allegheny) | $6.54 | $0.00 | $0.00 | $0.00 | $6.54 |
| Voucher Fee (Allegheny) | $10.18 | $0.00 | $0.00 | $0.00 | $10.18 |
| Voucher Fee (Allegheny) | $10.18 | $0.00 | $0.00 | $0.00 | $10.18 |
| Voucher Fee (Allegheny) | $5.70 | $0.00 | $0.00 | $0.00 | $5.70 |
| Voucher Fee (Allegheny) | $6.12 | $0.00 | $0.00 | $0.00 | $6.12 |
| Voucher Fee (Allegheny) | $7.10 | $0.00 | $0.00 | $0.00 | $7.10 |
| Voucher Fee (Allegheny) | $6.54 | $0.00 | $0.00 | $0.00 | $6.54 |
| Voucher Fee (Allegheny) | $5.70 | $0.00 | $0.00 | $0.00 | $5.70 |
| Allegheny Crime Lab Fee | $150.00 | $0.00 | $0.00 | $0.00 | $150.00 |
| Superior Court Filing Fee (Allegheny) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Superior Court Appeal (Allegheny) | $54.00 | ($54.00) | $0.00 | $0.00 | $0.00 |
| Superior Court Appeal (Allegheny) | $6.00 | ($6.00) | $0.00 | $0.00 | $0.00 |
| Voucher Fee (Allegheny) | $6.82 | $0.00 | $0.00 | $0.00 | $6.82 |
| Superior Court Appeal (Allegheny) | $72.00 | ($72.00) | $0.00 | $0.00 | $0.00 |
| Superior Court Appeal (Allegheny) | $8.00 | ($8.00) | $0.00 | $0.00 | $0.00 |
| Costs/Fees Totals: | $647.96 | ($140.00) | $0.00 | $0.00 | $507.96 |
| Grand Totals: | $647.96 | ($140.00) | $0.00 | $0.00 | $507.96 |

** - Indicates assessment is subrogated

Printed:  10/03/2023

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

Respondent's Exhibit                                                    0033