IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | CRIMINAL DIVISION |
| VS. | CC 201202820 |
| THADDEUS CRUMBLEY | |

COMMONWEALTH'S PROPOSED
POINTS FOR CHARGE



Code:_____

Filed on Behalf of the
Commonwealth of Pennsylvania

Counsel of Record for the
Commonwealth of Pennsylvania

STEPHEN A. ZAPPALA, JR.
DISTRICT ATTORNEY

By

STEVEN M. STADTMILLER
Deputy District Attorney
Pa. I.D. No. 53332

Office of the District Attorney
    of Allegheny County
401 Allegheny County Courthouse
Pittsburgh, PA  15219

(412) 350-4406

COMMONWEALTH'S PROPOSED POINTS FOR CHARGE

TO THE HONORABLE, THE JUDGES OF SAID COURT:

    AND NOW, comes the Commonwealth of Pennsylvania by and through its attorneys, STEPHEN A. ZAPPALA, JR., District Attorney of Allegheny County, and STEVEN M. STADTMILLER, Deputy District Attorney, and respectfully proposes the following points for charge taken from the Pennsylvania Suggested Standard Criminal Jury Instructions and from the cited legal authority:

(a) Instruction 3.08      granted/denied
(b) Instruction 3.09      granted/denied
(c) Instruction 3.10A      granted/denied
(d) Instruction 3.13      granted/denied
(e) Instruction 3.14      granted/denied
(f) Instruction 3.15      granted/denied
(g) Instruction 3.17      granted/denied
(h) Instruction 3.18      granted/denied
(I) Instruction 4.07A      granted/denied
(j) Instruction 4.10A      granted/denied
(k) Instruction 4.17      granted/denied
(l) Instruction 8.306(a)(1)      granted/denied
(m) Instruction 8.306(b)      granted/denied

(n) Instruction 8.306(b)(1)   granted/denied

(o) Instruction 12.903A   granted/denied

(p) Instruction 15.2501A   granted/denied

(q) Instruction 15.2501B   granted/denied

(r) Instruction 15.2502A   granted/denied

(s) Instruction 15.2502B   granted/denied

(t) Instruction 15.2502C   granted/denied

(u) Instruction 15.3701A   granted/denied

(v) Instruction 15.3702   granted/denied

(w) Instruction 15.6104   granted/denied

(x) Instruction 15.6106   granted/denied

(y) Special Instruction # 1   granted/denied

The evidence introduced in this trial indicates that some of the eyewitnesses to the killing of _____ have not been produced by either party. The jury should not draw any inference adverse to either party as a result of the parties' failure to produce those eyewitnesses at this trial.

(z) Special Instruction # 2   granted/denied

If you were to find that Matthew Ebo and/or Thaddeus Crumbley went looking for victim, Todd Mattox with a criminal intent, expecting that such confrontation may necessitate the victim to use his gun, neither defendant can now claim self defense as to the charge of Second Degree Murder.
To analogize to a classical case, if a man goes into a

Respondents' Exhibit 8                                          0083

marketplace in order to hold up the proprietor at gunpoint, such a man is committing a felony at that time. He knows that the danger of having to defend himself exists. Under those circumstances, he has no right to claim self defense because he set the moving factors into being, creating the dangerous situation.

Commonwealth v. Franklin, 265 A.2d 361 (Pa. 1970).

      (aa) Special Instruction # 2   granted/denied

As to each defendant, you have the right to bring in a verdict and find the defendant not guilty, or find him guilty of one of three types of homicide. So you will begin with the first charge of criminal homicide, murder in the first degree, and make a finding as to whether the Defendant is guilty or not guilty of that charge. If you find him guilty, then you need go no further, and need not consider murder of the second degree or murder of the third degree. However, if you find the Defendant is not guilty of first degree murder, then you would go on to consider murder of the second degree. If you find him guilty of murder of the second degree, then you need go no further, and need not consider murder of the third degree. However, if you find that the defendant is not guilty of first or second degree murder, then you would go on to consider murder of the third degree.

Respectfully submitted,

STEPHEN A. ZAPPALA, JR.
DISTRICT ATTORNEY

By: _____
STEVEN M. STADTMILLER
DEPUTY DISTRICT ATTORNEY

CERTIFICATE OF SERVICE

I hereby certify that on this ___1___ day of ___June___, 2012, I have caused to be mailed a true and correct copy of the within request to:

>Wendy Williams, Esquire
>437 Grant Street, Suite 417
>Pittsburgh, PA  15219
>
>The Honorable Beth A. Lazzara
>Fifth Floor
>Allegheny County Courthouse
>Pittsburgh, PA 15219
>
>Helen M. Lynch, Esquire
>Court Administrator
>Room 535 Courthouse
>Pittsburgh. PA 15219

*Steven M. Stadtmiller*
Deputy District Attorney