IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY,
PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA     CRIMINAL DIVISION

VS.     CC No. 201202820

THADDEUS CRUMBLEY     CHARGES: CRIMINAL HOMICIDE, ROBBERY, ROBBERY OF MOTOR VEHICLE, PERSON NOT TO POSSESS FIREARM, CARRYING FIREARM WITHOUT A LICENSE AND CRIMINAL CONSPIRACY

ORDER OF COURT

AND NOW, to-wit, this 7th day of June, 2012, it is hereby ORDERED, ADJUDGED, and DECREED that the Criminal Information filed in the above-captioned case be and is hereby AMENDED at count 6 to read that the alleged conspiracy was to the crime of Robbery, and that the actor conspired and agreed with Matthew Ebo to commit such crime, and in furtherance thereof did as a principal or an accomplice, commit one or more of the following overt acts: "brandished a firearm and/or pointed a firearm at the victim and/or attempted to rob and/or shot Todd Mattox", in violation of section 903(a)(1) of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa. C.S. §903(a)(1).

It is further Ordered that the Criminal Information filed in the above-captioned case be and is hereby AMENDED to add Count 7, Criminal Conspiracy to the crime of Murder, that the defendant conspired and agreed with Matthew Ebo to commit the crime of Criminal Homicide, and in furtherance thereof did, as a principal or accomplice,

Respondents' Exhibit 11     0104

commit one or more of the following overt acts: brandished a firearm and or pointed a firearm at the victim and/or shot the victim Todd Mattox.

It is further Ordered that the Criminal Information filed in the above-captioned case be and is hereby AMENDED at count 4 to properly allege that the defendant had "been previously convicted of Possession with Intent to Deliver *a Controlled Substance*".

BY THE COURT:

*[signature]*