IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA          CRIMINAL DIVISION

VS                                    CC 201202820

THADDEUS CRUMBLEY

ORDER OF THE COURT

AND NOW, to-wit, this 7TH day of June, 2012, it is hereby ORDERED, ADJUDGED and DECREED that the defendant in the above-captioned case be and is hereby REQUIRED to disclose those materials requested in paragraph four of the within Motion for Pretrial Discovery and/or Inspection on or before the 8th day of June, 2012.

end of business on

BY THE COURT:

_____

Respondents' Exhibit 12                                      0106