IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,    CRIMINAL DIVISION

v.                                CC No.: 2012 02820

THADDEUS THOMAS CRUMBLEY,         THE HONORABLE BETH LAZZARA
      Defendant.

## ORDER OF COURT:

AND NOW, to wit, this 13th day of June, 2012, upon consideration of the foregoing Petition for Nominal Bond Pursuant to Pa. R. Crim. P. 600(E), it is hereby ORDERED, ADJUDGED, and DECREED that:

Petition is Denied

BY THE COURT:

[signature]

FILED
2012 JUN 13 AM 11: 43
DEPT. OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

Respondents' Exhibit 17                                    0138