IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA     CRIMINAL DIVISION

VS.     CC 201202820

THADDEUS CRUMBLEY

ORDER OF COURT

AND NOW, to-wit, this 15th day of July, 2012, it is hereby ORDERED, ADJUDGED and DECREED that photo arrays of the defendants in this case be shown to witness Saday Robinson prior to the trial in the above-captioned case.

It is further ORDERED that the showing of said photo arrays shall be conducted at the headquarters of the Allegheny County Police Department at 400 North Lexington Avenue, Pittsburgh, Pennsylvania, on the 24th day of July, 2012, at 8 (AM)(PM); and that the defendants' attorneys be permitted to attend and witness the showing to witness Saday Robinson of the photo array of their respective client.

BY THE COURT:

_____

FILED
2012 JUL 18 PM 1:26
DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

Respondents' Exhibit 20     0158