

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | CRIMINAL DIVISION |
| v. | CC NO.: 2012 02820 |
| THADDEUS THOMAS CRUMBLEY,<br>Defendant. | THE HONORABLE BETH LAZZARA |

**MOTION TO IDENTIFY PHOTOGRAPHS AND RECORDINGS (PHONE CALLS) TO BE USED AT TRIAL AND TO PROVIDE ANY TRANSCRIPTS/ MOTION TO COMPEL INTERVIEW WITH WITNESS**

Filed on behalf of Defendant
Thaddeus Thomas Crumbley

Counsel of Record for this party:

Wendy L. Williams
PA I.D. #50379

Wendy L. Williams & Associates
The Frick Building, Suite 417
437 Grant Street
Pittsburgh, PA 15219

(412) 434-5757
(412) 434-5787 facsimile
wendy.williams.law@gmail.com



Respondents' Exhibit 21                                                    0159

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | CRIMINAL DIVISION |
| v. | CC NO.: 2012 02820 |
| THADDEUS THOMAS CRUMBLEY,<br>Defendant. | THE HONORABLE BETH LAZZARA |

**MOTION TO IDENTIFY PHOTOGRAPHS AND RECORDINGS (PHONE CALLS) TO BE USED AT TRIAL AND TO PROVIDE ANY TRANSCRIPTS/ MOTION TO COMPEL INTERVIEW WITH WITNESS**

AND NOW, comes the Defendant, Thaddeus Thomas Crumbley, by and through his attorney, Wendy L. Williams, and avers the following:

**MOTION TO IDENTIFY PHOTOGRAPHS AND RECORDINGS (PHONE CALLS) TO BE USED AT TRIAL AND TO PROVIDE ANY TRANSCRIPTS**

1. Defendant in the above captioned case was charged with Count One: Criminal Homicide, Count Two: Robbery—Inflicting Serious Bodily Injury, Count Three: Robbery of Motor Vehicle, Count Four: Possession of a Firearm Prohibited, Count Five: Firearms Not to be Carried Without a License, and Count Six: Conspiracy.

2. Throughout the Discovery period, Defendant and his Counsel have received seven (7) compact discs (CDs) of Discovery containing images and three (3) CDs containing recordings of an interview of Commonwealth witness Richard Carpenter, 911 calls, and phone calls made from the Allegheny County Jail to various persons.

3. On the discs containing images, there are hundreds of photographs, many of landscapes that have no explanation.
    a. To properly prepare for Trial, Counsel respectfully requests that the Commonwealth narrow down and identify the specific photographs that will be used in Trial, and provide notice to Counsel.
    b. To not advise Defendant would be prejudicial due to the voluminous nature.
    c. Counsel requests that those photographs to be used in Trial be provided on a separate CD, for both judicial economy and for timely management at Trial.
    d. Commonwealth has all of the resources necessary for such a request.

4. On the discs containing recordings, there are many conversations, some not involving Defendant, which are difficult to understand.
    a. To properly prepare for Trial, Counsel respectfully requests that the Commonwealth narrow down and identify the specific recordings that will be used in Trial, including references to minutes/seconds and/or the call number, and provide notice to Counsel.

Respondents' Exhibit 21                                                           0160

b. Identify recordings to be used at Trial and provide on a separate CD, for both judicial economy and for timely management at Trial.
c. Counsel requests that <u>all</u> recordings the Commonwealth has had transcribed into a transcript or that are going to be transcribed be provided to Counsel.
d. Commonwealth has all the resources necessary for such requests and any transcription conducted thus far would have been paid for by Allegheny County.

WHEREFORE, Defendant respectfully respects that this Honorable Court compel the Commonwealth to narrow down and identify the photographs that will be utilized at Trial, providing notice to Counsel, along with a separate CD of those photographs. Similarly, Defendant respectfully requests this Honorable Court to compel the Commonwealth to narrow down and identify the recordings to be utilized at Trial, providing notice to Counsel, along with a separate CD of those recordings. Also, Defendant respectfully requests that this Honorable Court compel the Commonwealth to provide a copy to Counsel of the transcript for all recordings that have been transcribed or will be transcribed in this case.

## MOTION TO COMPEL INTERVIEW WITH WITNESS

The paragraphs 1-4 are hereby incorporated into the following Motion to Compel Interview with Witness.

5. The information requested is important to the Defense of this case. Defense Counsel needs to interview Commonwealth witness, Saday Robinson:
    a. Ms. Robinson was willing to speak to Counsel following the photo array meeting in which she identified Defendant on Tuesday, July 24, 2012, but was prevented by the Police present at the meeting.
    b. In the alternative, Counsel would seek to call Ms. Robinson prior to the Trial listed to begin picking a jury on August 6, 2012.
    c. Ms. Robinson was previously shown photographs of the Defendant from a photo array and failed to identify Defendant.

WHEREFORE, Defendant respectfully requests that this Honorable Court compel an interview between Counsel and the witness, Saday Robinson, and in the alternative, her contact information.

Respectfully Submitted,

_____
Wendy L. Williams

3

Respondents' Exhibit 21                                                              0161

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,   CRIMINAL DIVISION

                v.   CC No.: 2012 02820

THADDEUS THOMAS CRUMBLEY,
    Defendant.

## PRELIMINARY ORDER OF COURT

AND NOW, to-wit, upon consideration of the foregoing Motion To Identify Photographs And Recordings (Phone Calls) To Be Used At Trial And To Provide Any Transcripts/ Motion To Compel Interview With Witness, it is hereby ORDERED, ADJUDGED and DECREED that a hearing be held on the _____ day of _____, 2012 at _____ A.M./P.M.

                                        BY THE COURT:

                                        _____, J.

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,   CRIMINAL DIVISION

v.   CC No.: 2012 02820

THADDEUS THOMAS CRUMBLEY,   THE HONORABLE BETH LAZZARA
Defendant.

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2012, upon consideration of the foregoing Motion To Identify Photographs And Recordings (Phone Calls) To Be Used At Trial And To Provide Any Transcripts/ Motion To Compel Interview With Witness, it is hereby ORDERED, ADJUDGED, and DECREED that:

_____

_____

_____

_____

BY THE COURT:

_____, J.

Respondents' Exhibit 21                                     0163

# CERTIFICATE OF SERVICE

I, Wendy L. Williams, hereby certify that a true and correct copy of the within Motion To Identify Photographs And Recordings (Phone Calls) To Be Used At Trial And To Provide Any Transcripts/ Motion To Compel Interview With Witness, was served in the manner indicated, this 25th day of July, 2012 upon the following:

The Honorable Beth Lazzara
510 Allegheny County Courthouse
436 Grant Street
Pittsburgh, PA 15219
Via Hand Delivery

DDA Steven Stadtmiller
c/o Allegheny County District Attorney's Office
401 Allegheny County Courthouse
436 Grant Street
Pittsburgh, PA 15219
Via Hand Delivery

Helen Lynch, Court Administrator
Allegheny County Courthouse
436 Grant Street
Pittsburgh, PA  15219
Via Hand Delivery

Randall McKinney, Esq.
rhm@randallmckinneylaw.com
Via Email

Mr. Thaddeus Crumbley, DOC# 69038, Pod: 8D
c/o Allegheny County Jail
950 2nd Avenue
Pittsburgh, PA 15219
Via U.S. Mail

*Wendy L. Williams/amo*
Wendy L. Williams