

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | CRIMINAL DIVISION |
| v. | CC No.: 2012 02820 |
| THADDEUS THOMAS CRUMBLEY,<br>Defendant. | THE HONORABLE BETH LAZZARA |

**PETITION FOR TRANSPORTATION ORDER FOR WITNESS MICHAEL THOMAS JEFFERSON**

Filed on Behalf of Defendant:

Thaddeus Crumbley

Counsel of Record for this Party:

Wendy L. Williams
PA ID# 50379

Wendy L. Williams & Associates
The Frick Building, Suite 417
437 Grant Street
Pittsburgh, PA 15219

(412) 434-5757
(412) 434-5787 facsimile
wendy.williams.law@gmail.com

FILED 2012 JUL 25 PM 12:40 DEPT OF COURT RECORDS CRIMINAL DIVISION ALLEGHENY COUNTY PA

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | CRIMINAL DIVISION |
| v. | CC No.: 2012 02820 |
| THADDEUS THOMAS CRUMBLEY,<br>Defendant. | THE HONORABLE BETH LAZZARA |

**PETITION FOR TRANSPORTATION ORDER FOR
WITNESS MICHAEL THOMAS JEFFERSON**

AND NOW COMES the Defendant, Thaddeus Crumbley, by a through his attorney, Wendy L. Williams, and requests a Transportation Order and avers in support thereof as follows:

1. The Defendant's witness, Michael Thomas Jefferson, DOC# 70994, where he is housed on Pod: 3E.

2. The witness is currently at the Allegheny County Jail at 950 2nd Avenue, Pittsburgh, PA 15219.

3. The witness' testimony is necessary and vital to the litigation of this matter in trial.

WHEREFORE, Defendant respectfully requests that this Honorable Court Order his Transport and sign the Transportation Order so that the Allegheny County Sheriff's Office will transport witness Michael Thomas Jefferson, DOC# 70994, Pod: 3E for testimony when needed.

Respectfully submitted,

*[signature]*

Wendy L. Williams

Respondents' Exhibit 22                                                    0166

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,   CRIMINAL DIVISION

v.                              CC No.: 2012 02820

THADDEUS THOMAS CRUMBLEY,
       Defendant.

### PRELIMINARY ORDER OF COURT

AND NOW, to-wit, upon consideration of the foregoing Petition for Transportation Order for Witness Michael Thomas Jefferson; it is hereby ORDERED, ADJUDGED and DECREED that a hearing be held on the _____ day of _____, 2012 at _____ A.M./P.M.

BY THE COURT:

_____, J.

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,   CRIMINAL DIVISION

v.   CC No.: 2012 02820

THADDEUS THOMAS CRUMBLEY,   THE HONORABLE BETH LAZZARA
Defendant.

## TRANSPORTATION ORDER

AND NOW, to wit, this _____ day of July, 2012, upon consideration of the foregoing Petition for Transportation Order for Witness Michael Thomas Jefferson, it is hereby ORDERED, ADJUDGED, and DECREED that inmate Michael Thomas Jefferson, DOC# 70994, Pod: 3E, Allegheny County Jail, 950 2nd Avenue, Pittsburgh, PA 15219, will be transported by the Allegheny County Sheriff's Office for the Trial in the matter of Commonwealth v. Thaddeus Crumbley, CC No.: 2012 02820 which is scheduled to begin on August 6, 2012, at 9:00 a.m. before the Honorable Beth Lazzara.

BY THE COURT:

_____, J.

## CERTIFICATE OF SERVICE

I, Wendy L. Williams, hereby certify that a true and correct copy of the within Petition for Transportation Order for Witness Michael Thomas Jefferson was served in the manner indicated, this 24th day of July, 2012 upon the following:

The Honorable Beth Lazzara
510 Allegheny County Courthouse
436 Grant Street
Pittsburgh, PA 15219
Via Hand-Delivery

DDA Steven Stadtmiller
c/o Allegheny County District Attorney's Office
401 Allegheny County Courthouse
436 Grant Street
Pittsburgh, PA 15219
Via Hand-Delivery

Helen Lynch, Court Administrator
Allegheny County Courthouse
436 Grant Street
Pittsburgh, PA 15219
Via Hand Delivery

Randall McKinney, Esq.
rhm@randallmckinneylaw.com
Via Email

Mr. Michael Jefferson, DOC# 70994, Pod: 3E
c/o Allegheny County Jail
950 2nd Avenue
Pittsburgh, PA 15219
Via U.S. Mail

Mr. Thaddeus Crumbley, DOC# 69038, Pod: 8D
c/o Allegheny County Jail
950 2nd Avenue
Pittsburgh, PA 15219
Via U.S. Mail

_____
Wendy L. Williams