IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,   CRIMINAL DIVISION

v.                              CC NO.: 2012 02820

THADDEUS THOMAS CRUMBLEY,       THE HONORABLE BETH LAZZARA
           Defendant.

### ORDER OF COURT

AND NOW, to-wit, this 27th day of July, 2012 upon consideration of the foregoing Motion To Compel Additional Discovery/ Motion To Provide Transcript For Any Recordings Provided In Discovery/ Motion To Specify Photographs And Recordings To Be Utilized During Trial By The Commonwealth/ Motion To Compel Disclosure Of Commonwealth's Expert Witness(es), Testimony, And Opinion(s), it is hereby ORDERED, ADJUDGED, and DECREED that ~~the Motion is hereby~~ as follows:

① The Commonwealth shall provide a brief written explanation of the basis for the opinions provided in forensic firearm/gun reports.

② The Commonwealth need not identify which photos that it intends to use/present during trial.

③ The Commonwealth has voluntarily disclosed that (a) it will only use recorded intake calls, if any; (b) the only transcript of a call is the 911 call of "Jason", which has been provided; (c) information regarding use of witness protection funds, as requested by the Defendants; (d) the identities and reports of its experts, including areas of discussion not specifically contained in reports that will be testified to by Dr. Karl Williams.

BY THE COURT:

/s/ [signature]

Respondents' Exhibit 26                                    0189