IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,   CRIMINAL DIVISION

v.   CC No.: 2012 02820

THADDEUS THOMAS CRUMBLEY,   THE HONORABLE BETH LAZZARA
  Defendant.

### ORDER OF COURT

AND NOW, to-wit, this 27th day of July, 2012, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Motion in Limine: Photographic Evidence is decided as follows: ~~on the above captioned case is hereby:~~

Motion Exhibits 1, 3, 10, 11 are admissible, with no objection.

Motion Exhibits 2, 4, 5, 6 are admissible, overruling Defendants' objections.

Motion Exhibit 7 is admissible in black and white format only.

A Ruling is deferred on Motion Exhibit 8 until the time that its introduction is sought by the Commonwealth. The Commonwealth agrees that it will be shown only in Black and white format if admitted.

Motion Exhibit 9 is admissible only if cropped to remove the Defendant's genitalia.

Copies of Motion Exhibits are in the custody of the court.

BY THE COURT:

[signature]

FILED 2012 JUL 27 PM 2:14 DEPT OF COURT RECORDS CRIMINAL DIVISION ALLEGHENY COUNTY PA

Respondents' Exhibit 27                0190