IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,    CRIMINAL DIVISION

v.    CC No.: 2012 02820

THADDEUS THOMAS CRUMBLEY,    THE HONORABLE BETH LAZZARA
Defendant.

### ORDER OF COURT

AND NOW, to wit, this 27th day of July, 2012, upon consideration of the foregoing Motion To Identify Photographs And Recordings (Phone Calls) To Be Used At Trial And To Provide Any Transcripts/ Motion To Compel Interview With Witness, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

① The issues relating to identification of photographs and recordings have been ruled on in Response to Defendant's Motion filed on June 8, 2012.

② The Commonwealth shall arrange a telephone conference with Ms. Sunday Robinson and counsel for the Defendants to ascertain Ms. Robinson's willingness to speak to defense counsel.

BY THE COURT:

[signature]

FILED
2012 JUL 27 PM 2:13
DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

Respondents' Exhibit 28    0191