IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA

CRIMINAL DIVISION

v.

CC NO.: 2012 02820

THADDEUS THOMAS CRUMBLEY,
Defendant.

THE HONORABLE BETH LAZZARA

**ORDER OF COURT**

AND NOW, to-wit, this 27ᵀᴴ day of ___July___, 2012, it is hereby

ORDERED, ADJUDGED and DECREED that the Motion for Preservation of Testimony

Pursuant to Pa.R.Crim.P., Rule 500, 42 Pa.C.S.A., Witness: Asa Thompkins., is: Granted.

The cost of This deposition is to be borne by The Defendants.
Witness Asa Thompkins' attorney shall be notified of The
proceedings and may participate if he wishes. Rulings on
objections made during The deposition will be made during
trial in chambers prior to The deposition being played
for The jury.

2012 JUL 27 PM 2: 13

FILED

DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

BY THE COURT:

_____, J.