IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,   CRIMINAL DIVISION

v.   CC No.: 2012 02820

THADDEUS THOMAS CRUMBLEY,   THE HONORABLE BETH LAZZARA
Defendant.

### TRANSPORTATION ORDER

AND NOW, to wit, this 27th day of July, 2012, upon consideration of the foregoing Petition for Transportation Order for Witness Michael Thomas Jefferson, it is hereby ORDERED, ADJUDGED, and DECREED that inmate Michael Thomas Jefferson, DOC# 70994, Pod: 3E, Allegheny County Jail, 950 2nd Avenue, Pittsburgh, PA 15219, will be transported by the Allegheny County Sheriff's Office for the Trial in the matter of Commonwealth v. Thaddeus Crumbley, CC No.: 2012 02820 which is scheduled to begin on August 7, 2012, at 9:00 a.m. before the Honorable Beth Lazzara.

BY THE COURT:

*[Signature]*

FILED 2012 JUL 27 PM 2:13 DEPT OF COURT RECORDS CRIMINAL DIVISION ALLEGHENY COUNTY PA