IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA     CRIMINAL DIVISION

VS.     CC201202820

THADDEUS CRUMBLEY

ORDER OF COURT

AND NOW, to-wit, this 27R day of July, 2012, after the presentation of evidence and legal arguments, it is hereby ORDERED, ADJUDGED and DECREED that the Commonwealth be and is hereby PERMITTED to introduce into evidence at the trial on the above captioned case the statement made to Anthony Snyder by the victim in which he states his intention to meet "Matt Matt". This ruling is made over the objection of Defendant Crumbley.

BY THE COURT:

[signature], J.

FILED
2012 JUL 27 PM 2:12
DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

Respondents' Exhibit 31     0194