IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA     CRIMINAL DIVISION

VS.                              CC 201202820

THADDEUS CRUMBLEY

ORDER OF COURT

AND NOW, to-wit, this 27th day of July, 2012, it is hereby ORDERED, ADJUDGED, and DECREED that the Commonwealth be and is hereby PERMITTED to introduce into evidence the 911 transcript at the trial of the above-captioned case, limited to the portion of the 911 call attached to this motion as "Exhibit A".

BY THE COURT:

_____, J.

FILED
2012 JUL 27 PM 2:12
DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,   CRIMINAL DIVISION

v.   CC NO.: 2012 02820

THADDEUS THOMAS CRUMBLEY,   THE HONORABLE BETH LAZZARA
Defendant.

### ORDER OF COURT

AND NOW, to-wit, this 27th day of July, 2012 upon consideration of the foregoing Defendant's Response To Motion In Limine: 911 Call, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is hereby:

See Order of This ~~Same date~~ granting The Commonwealth's motion in Limine: 911 Call.

BY THE COURT:

[signature]

FILED
2012 JUL 27 PM 2:12
DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

Respondents' Exhibit 32          0196