IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA     CRIMINAL DIVISION

v.     CC NO.: 2012 02820

THADDEUS THOMAS CRUMBLEY,     THE HONORABLE BETH LAZZARA
Defendant.

### ORDER OF COURT

AND NOW, to-wit, this 27th day of July, 2012, it is hereby ORDERED, ADJUDGED and DECREED that the Defendant's Reply to the Commonwealth's Citation of <u>Michigan v. Bryant</u> in Support of its Motion in Limine Relating to 911 Call, is:

ruled on as follows:

Please see Order of court dated this same date granting the Commonwealth's Motion and permitting the use of the 911 call.

FILED
2012 JUL 27 PM 2:12
DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

BY THE COURT:

_____ J.

Respondents' Exhibit 33     0197