IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,   CRIMINAL DIVISION

v.   CC No.: 2012 02820

THADDEUS THOMAS CRUMBLEY,   THE HONORABLE BETH LAZZARA
    Defendant.

### ORDER OF COURT

AND NOW, to wit, this 27th day of July, 2012, upon consideration of the foregoing Defendant's Response To Notification Of Commonwealth's Intention To Present Evidence Of Other Crimes, Wrongs, Or Acts Pursuant To Rule 404(B)(2), it is hereby ORDERED, ADJUDGED, and DECREED that:

The Commonwealth's Motion to present evidence of Defendant Thaddeus Crumbley's actions on June 2, 2011 are granted. The Commonwealth may present such evidence as it relates to the issue of identity

BY THE COURT:

FILED
2012 JUL 27 PM 2:11
DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

Respondents' Exhibit 34   0198