IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA :  CC No. 2012-02820

vs.                             :

Thaddeus Crumbley
Defendant.

### ORDER OF COURT

AND NOW, to-wit, this 27th day of July, 2012, it is hereby ORDERED, ADJUGED and DECREED that:

Count 4 of The Amended Criminal Information: 18 § 6105 A1 Persons Not to Possess, Use, etc a Firearm shall be severed from the jury trial scheduled on This case. Count 4 shall proceed to trial at the same time as The jury trial, but shall be heard and decided non-jury.

FILED
2012 JUL 27 PM 2:11
DEPT OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA