

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | CRIMINAL DIVISION |
| v. | CC No.: 2012 02820 |
| THADDEUS THOMAS CRUMBLEY, <br> Defendant. | THE HONORABLE BETH LAZZARA |

**MOTION FOR WITNESS CONTACT INFORMATION**

Filed on Behalf of Defendant:

Thaddeus Thomas Crumbley

Counsel of Record for this Party:

Wendy L. Williams
PA ID# 50379

Wendy L. Williams & Associates
The Frick Building, Suite 417
437 Grant Street
Pittsburgh, PA 15219

(412) 434-5757
(412) 434-5787 facsimile
wendy.williams.law@gmail.com

FILED 2012 AUG 17 PM 2:32 DEPT OF COURT RECORDS CRIMINAL DIVISION ALLEGHENY COUNTY PA

Respondents' Exhibit 39                                                             0233

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,   CRIMINAL DIVISION

v.   CC No.: 2012 02820

THADDEUS THOMAS CRUMBLEY,   THE HONORABLE BETH LAZZARA
    Defendant.

## MOTION FOR WITNESS CONTACT INFORMATION

AND NOW comes Thaddeus Thomas Crumbley, by and through his attorney Wendy L. Williams, and avers the following:

1. The original arresting officer, Michael Garlicki, is currently retired from the Allegheny County Homicide Division.

2. Retired Detective Garlicki was the original arresting officer in the above-referenced case and conducted many of the original interviews, including the two crucial interviews regarding the photo arrays and non-identification from Saday Robinson.

3. At the July 24, 2012 photo array meeting, retired Detective Garlicki was easily accessible by telephone call from one of the Allegheny County Homicide employees and is reportedly still in the region.

4. On August 17, 2012 Counsel's representative asked ADA Courtney Butterfield and contacted Lt. Andrew Schurman of the Allegheny County Homicide Division by phone to either provide contact information for retired Detective Garlicki, or to make him available for subpoena, but to no avail. On the same date, Counsel also emailed DDA Stadtmiller, but to no avail.

5. The interviews conducted by retired Detective Garlicki are material and essential to the case for Defendant, and his testimony would be crucial in the case.

WHEREFORE, Defendant respectfully requests this Court either compel the Commonwealth to make retired Detective Garlicki available for trial or to compel the Commonwealth to provide his contact information so that he may be served with a subpoena to testify in the trial.

Respectfully Submitted,

Wendy L. Williams

2

Respondents' Exhibit 39     0234

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,    CRIMINAL DIVISION

v.                                CC No.: 2012 02820

THADDEUS THOMAS CRUMBLEY,
    Defendant.

### PRELIMINARY ORDER OF COURT

AND NOW, to-wit, upon consideration of the foregoing Motion for Witness Contact Information; it is hereby ORDERED, ADJUDGED and DECREED that a hearing be held on the _____ day of _____, 2012 at _____ A.M./P.M.

BY THE COURT:

_____, J.

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,   CRIMINAL DIVISION

v.   CC No.: 2012 02820

THADDEUS THOMAS CRUMBLEY,   THE HONORABLE BETH LAZZARA
    Defendant.

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2012, it is hereby ORDERED, ADJUDGED, AND DECREED that the Motion for Witness Contact Information on the above captioned case is hereby:

_____

_____

_____

BY THE COURT:

_____, J.

Respondents' Exhibit 39                          0236

## CERTIFICATE OF SERVICE

I, Wendy L. Williams, hereby certify that a true and correct copy of the within Motion for Witness Contact Information was served in the manner indicated, this 17th day of August, 2012 upon the following:

The Honorable Beth Lazzara
510 Allegheny County Courthouse
436 Grant Street
Pittsburgh, PA 15219
Via Hand Delivery

DDA Steven Stadtmiller
c/o Allegheny County District Attorney's Office
401 Allegheny County Courthouse
436 Grant Street
Pittsburgh, PA 15219
Via Hand Delivery

Helen Lynch, Court Administrator
Allegheny County Courthouse
436 Grant Street
Pittsburgh, PA 15219
Via Hand Delivery

Randall McKinney, Esq.
rhm@randallmckinneylaw.com
Via Email

Mr. Thaddeus Thomas Crumbley, DOC# 69038, Pod: 8D
c/o Allegheny County Jail
950 2nd Avenue
Pittsburgh, PA 15219
Via U.S. Mail

_Wendy L. Williams/amo_
Wendy L. Williams