IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,   CRIMINAL DIVISION

v.   CC No.: 2012 02820

THADDEUS THOMAS CRUMBLEY,   THE HONORABLE BETH LAZZARA
    Defendant.

## ORDER OF COURT

AND NOW, to-wit, this 21st day of August, 2012, it is hereby ORDERED, ADJUDGED, AND DECREED that the Motion in Limine: Protected Statements During Medical Treatment on the above captioned case is hereby:

Denied.

BY THE COURT:

[signature]

FILED
2012 AUG 21 PM 4:09
DEPT. OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

Respondents' Exhibit 40    0238