IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,     CRIMINAL DIVISION

v.     CC No.: 2012 02820

THADDEUS THOMAS CRUMBLEY,     THE HONORABLE BETH LAZZARA
Defendant.

### ORDER OF COURT

AND NOW, to-wit, this 21st day of August, 2012, it is hereby ORDERED, ADJUDGED, AND DECREED that the Motion in Limine: Ruger Handgun on the above captioned case is hereby: Denied:

The evidence is permitted to establish identity of person of interest in prior homicide.

BY THE COURT:

_____, J.

FILED
2012 AUG 21 PM 4:03
DEPT. OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA