IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,   CRIMINAL DIVISION

v.   CC No.: 2012 02820

THADDEUS THOMAS CRUMBLEY,   THE HONORABLE BETH LAZZARA
Defendant.

## ORDER OF COURT

AND NOW, to-wit, this 21st day of August, 2012, it is hereby ORDERED, ADJUDGED, AND DECREED that the Motion for Witness Contact Information on the above captioned case is hereby:

Commonwealth shall have Det Garlicky available prior to trial on the 22nd of August, 2012

BY THE COURT:

[signature]

Respondents' Exhibit 42                                     0240